UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| FEATHERFALL RESTORATION, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No.: 1:25-cv-01719 |
| TRAVELERS PERSONAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF REMOVAL

Defendant Travelers Personal Insurance Company ("Travelers"), by counsel, hereby files this Notice of Removal pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows for its Notice of Removal:

1. Plaintiff Featherfall Restoration, LLC ("Plaintiff" or "Featherfall") commenced this civil action in the Circuit Court for Loudoun County, Virginia on or about September 2, 2025, with the filing of its Complaint for Breach of Contract ("Complaint") styled *Featherfall Restoration, LLC v. Travelers Personal Insurance Company*, Case No. CL25005786-00.

2. Attached hereto as **Exhibit 1** and made part hereof is a copy of all the process, orders, and pleadings filed and/or served in this action, including the Complaint.

3. The Complaint seeks recovery under a Homeowners Policy issued by Travelers for storm damage to the property located at 21046 Emerson Court, Sterling, Virginia, 20164 and corresponding loss of use coverage. A true and correct copy of Policy No. 606621107 633 1, which is the subject of Plaintiff's Complaint, is attached hereto as **Exhibit 2** ("Policy").

1

4. Travelers was served in this action on September 10, 2025, and has not filed any responsive pleadings in the state court proceedings. Removal is timely under 28 U.S.C. § 1446(b)(1).

5. Plaintiff was and is, both at the time of the commencement of this action and at the time of filing of this Notice of Removal, a limited liability company organized and existing under the laws of Missouri with its principal place of business in Missouri.

6. Upon reasonable investigation and review of public records, including a direct request for confirmation from Plaintiff's Counsel, none of the members of Featherfall are citizens of Connecticut.

7. Defendant Travelers was and is, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of Connecticut with its principal place of business in Connecticut. Therefore, Travelers is a citizen of Connecticut under 28 U.S.C. § 1332(c)(1).

8. Complete diversity of citizenship exists for this removal.

9. The Request for Monetary Relief contained in Plaintiff's Complaint seeks $114,803.26 (exclusive of attorney's fees, costs, and interest). As such, the damages sought by Plaintiff in this action exceed the amount in controversy requirement of 28 U.S.C. § 1332(a).

10. This is a civil action over which the Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and which is removable pursuant to 28 U.S.C. § 1441 in that:

(a) The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interests and costs;

(b) A the time of commencement of this action, Plaintiff was a limited liability company organized and existing under the laws of the State of Missouri, with its principle place of business in the State of Missouri, and has no members in the state of Connecticut, and was therefore a citizen of Missouri, and remains so at the time of filing of this Notice of Removal;

(c) At the time of the commence of this action Travelers was a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in the State of Connecticut, was therefore a citizen of Connecticut, and remains so at the time of the filing of this Notice of Removal; and

(d) This Notice of Removal has been filed within 30 days of Travelers' receipt of the Complaint.

11. Travelers will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will promptly file a copy of this Notice with the Circuit Court for the County of Loudoun, Virginia.

12. Plaintiff has not requested a jury trial in this action.

WHEREFORE, Travelers Personal Insurance Company prays the Court exercises its removal jurisdiction in this matter.

**Respectfully submitted,**

**TRAVELERS PERSONAL INSURANCE COMPANY**

By: /s/ John B. Mumford, Jr.
**Counsel**

John B. Mumford, Jr. (VSB No. 38764)
HANCOCK, DANIEL & JOHNSON P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
*Counsel for Travelers Personal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

William H. McCarty, Jr. (VSB No. 96267)
PURNELL, MCKENNETT & MENKE, PC
9214 Center Street, Suite 101
Manassas, Virginia 20110
Telephone: (703) 368-9196
Facsimile: (703) 361-0092
wmccarty@manassaslawyers.com
*Counsel for Plaintiff*

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 976-9888
jmumford@hancockdaniel.com
*Counsel for Travelers Personal Insurance Company*