V I R G I N I A:

FILED

IN THE CIRCUIT COURT FOR LOUDOUN COUNTY

2025 SEP -2 A II: 38

| | |
|---|---|
| Featherfall Restoration, LLC | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. CL 25-5786 |
| | ) |
| Travelers Personal Insurance Company | ) |
| Defendant. | ) |
| | ) |
| SERVE: Travelers Personal Insurance Company | ) |
| Registered Agent: Corporation Service Company | ) |
| Address: 100 Shockoe Slip Fl 2, Richmond, VA, 23219 | ) |
| | ) |

CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA
TESTE: _____ D.C.

## Complaint

COMES NOW, your Plaintiff, Featherfall Restoration, LLC, by counsel and respectfully

files this COMPLAINT against the above-named Defendant and states as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Featherfall Restoration, LLC ("Plaintiff" or "Featherfall") is a Missouri

   Company authorized to do business in Virginia.

2. Defendant, Travelers Personal Insurance Company ("Travelers" or "Defendant") is an

   Connecticut Company that is licensed and authorized to transact business in the

   Commonwealth of Virginia. Defendant, Travelers' registered agent is Corporation

   Service Company located at 100 Shockoe Slip Fl 2, Richmond, VA, 23219.

3. This Court has jurisdiction over this matter pursuant to the Code of Virginia §17.1-513.

4. Venue is appropriate pursuant to Code of Virginia §8.01-257.

### FACTUAL BACKGROUND

5. Plaintiff's insured, Hussain Raheem ("Raheem") is the owner of a Travelers Personal

   Insurance Company Policy Number 606621107 633 1 ("Policy"), and said Policy was in

EXHIBIT

1

force during all times relevant hereto. The Policy is attached as Exhibit A to this Complaint.

6.  On August 29, 2024, Raheem's property, located at 21046 Emerson Court, Sterling, Virginia 20164 ("Property"), said Property insured by Defendant under the Policy was damaged as the result of a large storm. ("Property Damage").

7.  Subsequently, Raheem assigned the claim benefits under the Policy for this Property Damage to the Plaintiff.    See Exhibit B, Assignment of Benefits.

8.  A claim was filed with the Defendant in order to recover for the Property Damage from the August 29, 2024, storm. Defendant, Nationwide issued a claim number, I9G6056.

9.  Plaintiff provided a Final Claim Notice and Payment Request for the Property Damage to Travelers on November 17, 2024, claiming One Hundred Fourteen Thousand Eight Hundred Three Dollars and Twenty-Six Cents ($114,803.26) in damages from the August 29, 2024, storm. See Exhibit C.

## COUNT I: BREACH OF CONTRACT

10. Plaintiff incorporates those allegations contained in paragraphs 1 through 9 hereof as if stated herein at length and alleges further as follows:

11. On November 17, 2024, Plaintiff properly sent Defendant a written estimate of damages in the amount of One Hundred Fourteen Thousand Eight Hundred Three Dollars and Twenty-Six Cents ($114,803.26) for covered losses under the Policy sustained on or about August 29, 2024.  See Exhibit C, Proof of Loss.

12. Defendant has a duty under the Policy to investigate and repair the damages set forth in Exhibit A.

13. Defendant has failed to investigate and repair the damages set forth in Exhibit C and this failure is a breach of its duties and obligations under the Policy.

14. Plaintiff has suffered significant harm because of Defendant's breach including but not limited to Property damage in the amount of One Hundred Fourteen Thousand Eight Hundred Three Dollars and Twenty-Six Cents ($114,803.26).

WHEREFORE, Plaintiff, Featherfall Restoration, LLC, prays this Court enter judgement against the Defendant in the amount of One Hundred Fourteen Thousand Eight Hundred Three Dollars and Twenty-Six Cents ($114,803.26) that being the true value of the repairs to the subject property covered under the Policy, and award Plaintiff reasonable attorney's fees and costs of suit pursuant to Va. Ann. Code §38.2-209 and such additional relief as the Court deems just and equitable.

Respectfully Submitted,
Featherfall Restoration, LLC,
By Counsel

William H. McCarty, Jr., VSB #96267
Purnell, McKennett & Menke, PC
9214 Center Street, Suite 101
Manassas, VA 20110
703/368-9196
Fax 703/361-0092
wmccarty@manassaslawyers.com
Counsel for Plaintiff



GEICO INS AGENCY LLC
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0006
0000 0B4540

HUSSAIN RAHEEM
21046 EMERSON CT
STERLING, VA 20164-2435

PL-50003 (03-12)



GEICO INS AGENCY LLC
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0006

 | FOR YOUR HOME

March 26, 2024

**Your Policy**

 **606621107-633-1**
**21046 EMERSON CT**
05/15/2024 to 05/15/2025

 Log in to MyTravelers.com to manage
your policy and billing details.

HUSSAIN RAHEEM
21046 EMERSON CT
STERLING, VA 20164-2435

# Thank you for choosing Travelers!

On behalf of GEICO Insurance Agency, LLC, thank you for choosing Travelers to help you protect what matters. As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your policy renewal package

No one understands your needs better than you. So please take a moment to review and confirm your insurance policy details and documents, including:

- Your Declarations page, listing the coverage you purchased, your coverage limits and deductibles
- Other important documents, including our privacy notice, billing options and more

If you decide to rent, sell, vacate or remodel this property, please notify GEICO Insurance Agency, LLC, at 800.841.3005 to maintain the coverage you need.

### Superior Service

At Travelers, we provide fast, efficient claim service and 24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

### A faster, easier way to manage your account

Visit **MyTravelers.com** or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:

- Manage your policy and bills
- Submit and monitor a claim



**Contact Information**
Policy questions or changes: 1.800.841.3005
24-hour claim service: 1.800.252.4633

Sincerely,

Michael Klein
President
Travelers Personal Insurance

Melissa Gallaro
President
GEICO Insurance Agency, LLC

### Additional Benefits

As a valued customer, you may be eligible for certain programs for which you may receive goods, services, or other types of benefits. Visit travelers.com/additionalbenefits to learn more!

**A Message from GEICO:** If you have GEICO auto insurance, a Multi-Policy Discount will be applied to your auto policy.

PL-50352 (08-21)

## IMPORTANT NOTICE – POLICYHOLDER NOTICE OF COVERAGE CHANGES

Enclosed is your Quantum Home 2.0® policy renewal package. Please read the documents carefully, as your coverage has changed. These changes may have broadened or reduced the coverage of your policy and also include editorial revisions. This Important Notice provides general information. Not all of the policy forms and endorsements listed below may apply to your policy. To determine the policy forms and endorsements that apply to your policy, please refer to your Declarations. In case of any conflict between this Important Notice and your policy, your policy will govern.

We made the following revisions:

**Agreement, Definitions & Policy Conditions, form HQ-D77 VA (04-23):**

- Under DEFINITIONS:
  - Revised the definition of "aircraft" to mean a machine or device capable of atmospheric flight, including hobby or model "aircraft", drones, self-propelled missiles and spacecraft.
  - Added a definition for "hovercraft liability" and language indicating that, for the purpose of this definition, hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles.
  - Revised the definition of "motor vehicle liability" to indicate that, for the purpose of this definition, motor vehicle includes a "recreational motor vehicle".
  - Revised the definition of "business" to indicate that it includes "home-sharing host activities" and "farming" and to provide a list of activities that "business" does not include.
  - Added a definition for "farming".
  - Added a definition for "home-sharing host activities".
  - Added a definition for "home-sharing occupant".
  - Revised the definition of "insured" to indicate that under the Liability Coverage Section and with respect to any watercraft to which the policy applies, "insured" includes persons using watercraft on an "insured location" with your consent. Removed language stating that under both the Property and Liability Coverage Sections of this policy, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".
  - Revised **10.** "Insured location" **a.** to mean the "residence premises'" shown in the Declarations and **e.** to mean unimproved land, other than farm land, owned by or rented to an "insured".
  - Revised the definition of "motor vehicle" to mean a vehicle that is self-propelled or designed for self-propulsion and is designed or licensed for use on public roads.
  - Added a definition for "occasional rental".
  - Revised the definition of "pollutants" to add radioactive irritant or contaminant and remove smoke and soot. Removed language stating that waste includes materials to be recycled, reconditioned or reclaimed.
  - Added a definition for "recreational motor vehicle".
  - Revised the definition of "residence premises" to include that part of any building occupied by you for residential purposes.
  - Revised the definition of "vacant" to mean a dwelling or unit that has not been occupied as a residence for more than 60 consecutive days immediately before a loss and where most of the named "insured's" personal property has been removed such that the dwelling or unit is not functional as a customary place of residence. A dwelling or unit is not occupied if the dwelling or unit is being used without the permission of an "insured". A dwelling or unit under construction or being remodeled, repaired or renovated is not considered "vacant".
- Under POLICY CONDITIONS:
  - Revised **8. Death** to indicate that the named "insured" includes the spouse, if not already a named "insured" and if residing in the named "insured's" household at the time of death.

**Property Coverage Section, forms HQ-P03 VA (04-23), HQ-P04 VA (04-23) and HQ-P06 VA (04-23):**

- Under PROPERTY COVERAGE A – DWELLING:
  - For form **HQ-P03 VA**, relocated language from PROPERTY COVERAGE B – OTHER STRUCTURES indicating that we provide coverage for materials and supplies located on or next to the "residence premises" used to construct, alter or repair other structures on the "residence premises".
  - For form **HQ-P06 VA**, revised to indicate that:
    - Paragraphs **1.a.** through **1.c.** pertain to the "residence premises" shown in the Declarations.
    - We provide coverage for the fixtures of other structures owned by you at the "residence premises". We will pay up to 10% of the Property Coverage A limit of liability shown in the Declarations for other structures and the fixtures of other structures. Use of this coverage does not reduce the Property Coverage A limit of liability.
    - We provide coverage for materials and supplies located on or next to the "residence premises" used to construct, alter or repair other structures on the "residence premises".
    - We do not cover other structures rented or held for rental to any person not a roomer, boarder, tenant or other occupant who provides compensation to an "insured" for use of all or part of the dwelling, unless used solely as a private garage.
- For form **HQ-P03 VA**, revised PROPERTY COVERAGE B – OTHER STRUCTURES to indicate that:
  - We provide coverage for fixtures attached to other structures on the "residence premises" set apart from the dwelling by clear space.
  - We do not cover other structures rented or held for rental to any person not a roomer, boarder, tenant or other occupant who provides compensation to an "insured" for use of all or part of the dwelling, unless used solely as a private garage.
- For form **HQ-P03 VA**, under PERILS INSURED AGAINST, PROPERTY COVERAGE A – DWELLING, PROPERTY COVERAGE B – OTHER STRUCTURES and for form **HQ-P06 VA**, under PROPERTY COVERAGE A – DWELLING:
  - Revised paragraph **2.b.** to indicate that we do not insure for loss involving collapse, except as provided in Property – Additional Coverage **9.** Collapse.
  - Added language to paragraph **2.c.(1)** indicating that, in terms of lack of occupancy, this provision applies if the dwelling is unoccupied for four or more consecutive days.
  - Revised paragraph **2.c.(2)** to add hot tub to, and remove wall or any other structure or device that supports all or part of a building or other structure from, the list of items to which the provision applies.
  - Revised paragraph **2.c.(4)** to indicate that it applies if the dwelling is "vacant" regardless of the policy's inception or renewal date. For form **HQ-P06 VA**, the term "residence premises" is used in lieu of the word dwelling.
  - Revised paragraph **2.c.(5)** to remove any quality in property that causes it to damage or destroy itself, other corrosion and fungi from, and add soot from agricultural smudging or industrial operations to, the list of excluded perils. Removed resultant cracking of bulkheads and footings from the settling, shrinking, bulging or expansion excluded perils.
- Under PROPERTY COVERAGE C – PERSONAL PROPERTY, revised **3. Special Limits of Liability** to:
  - Add medals, scrip, stored value cards, smart cards, gift certificates, digital currency and any related currencies used in place of money to category **a.**
  - Add a Special Limit for covered "business" property, on the "residence premises".
  - Add a Special Limit for covered "business" property, away from the "residence premises". This limit does not apply to loss to electronic equipment while in or upon a "motor vehicle".
  - Add electronic music and movies to category **i.**
  - Specify that the $1,500 Special Limit of Liability for watercraft does not apply to personal row boats and canoes.
  - Relocate the Additional Coverage for grave markers to category **k.**

- Under PROPERTY COVERAGE C – PERSONAL PROPERTY, revised **4. Property Not Covered** to indicate that:
    - We do not cover electronic equipment, including antennas, that is permanently installed in a "motor vehicle" or tapes, records, discs, wires, electronic music and movies or other media for use with any such electronic equipment, while in or upon a "motor vehicle", except as provided in Special Limits of Liability **3.i.**
    - We do cover drones without cameras, drones that are not capable of carrying people or cargo, and hobby "aircraft" or model "aircraft" that are not capable of carrying people or cargo.
    - We do not cover hovercraft, meaning a self-propelled motorized ground effect vehicle, including flarecraft and air cushion vehicles, other than those used to service the "residence premises".
    - We do not cover property of a "home-sharing occupant" during "home-sharing host activities".
    - We do not cover property in a space while rented to a "home-sharing occupant". We do cover the "insured's" property on the "residence premises" during an "occasional rental" or on the part of the "residence premises" occupied by roomers, boarders or tenants.
    - We do not cover "business" data, including such data stored in books of account, drawings or other paper records, computers and related or similar equipment or digital, electronic or virtual form. We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market.
- For forms **HQ-P03 VA** and **HQ-P06 VA**, under PERILS INSURED AGAINST, PROPERTY COVERAGE C – PERSONAL PROPERTY and for form **HQ-P04 VA**, under PROPERTY – PERILS INSURED AGAINST, PROPERTY COVERAGE C – PERSONAL PROPERTY:
    - Revised **2. Windstorm or Hail** to indicate that the limitation applicable for loss to watercraft and their trailers, furnishings, equipment and outboard engines or motors does not apply to rowboats and canoes.
    - Revised **7. Smoke** to include soot and to indicate that this peril does not include loss caused by soot from agricultural smudging or industrial operations.
    - Revised **9. Theft b.** to indicate that this peril does not include loss caused by theft:
        - Committed by roomers, boarders, tenants, employees of the tenants or members of the tenants' household; or
        - From the "residence premises" while the part of the "residence premises" customarily occupied exclusively by an "insured" is rented to others, of money, bank notes, bullion, gold, goldware, gold-platedware, silver, silverware, silver-platedware, pewterware, platinum, coins and medals, letters of credit, notes other than bank notes, passports, tickets and stamps, jewelry or furs.
    - Revised **12. Accidental Discharge or Overflow of Water or Steam** to include leakage of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
    - Revised **14. Freezing** to indicate that this peril does not include loss on the "residence premises" while the dwelling is "vacant", under construction or unoccupied for four or more consecutive days, unless you have used reasonable care to maintain heat in the building or shut off the water supply and drained all systems and appliances of water. For form **HQ-P06 VA**, the word unit is used in lieu of the word dwelling.
    - Removed peril **16. Collapse of a Building or any Part of a Building.**
- Under PROPERTY COVERAGE D – LOSS OF USE:
    - For forms **HQ-P03 VA** and **HQ-P06 VA**, revised the introductory paragraph to indicate that the limit of liability for Property Coverage D applies separately to **1. Additional Living Expense** and **2. Fair Rental Value** and also to indicate that coverage under **3. Civil Authority Prohibits Use** does not increase the limit of liability for Property Coverage D.
    - Replaced the phrase, shortest time required, with the phrase, time reasonably required, under **1. Additional Living Expense** and **2. Fair Rental Value**.

- Under PROPERTY – ADDITIONAL COVERAGES:
  - Revised **3. Trees, Shrubs and Other Plants** to indicate that the limit of liability for this coverage includes debris removal coverage when the tree, plant or shrub does not cause damage to covered property.
  - Revised **6. Property Removed** to indicate that this coverage is not limited by the expiration of the policy.
  - Added an additional coverage, **9. Collapse.**
  - For forms **HQ-P03 VA** and **HQ-P06 VA**, removed **10. Landlord's Furnishings.**
  - Removed **13. Personal Records and Data Replacement.**
  - For form **HQ-P03 VA**, relocated language from **Exception to b.(5)** under PERILS INSURED AGAINST, PROPERTY COVERAGE A – DWELLING, PROPERTY COVERAGE B – OTHER STRUCTURES to **13. Tear Out.**
  - For form **HQ-P06 VA**, relocated language from **Exception to c.(5)** under PERILS INSURED AGAINST, PROPERTY COVERAGE A – DWELLING to **13. Tear Out.**
- Under PROPERTY – EXCLUSIONS:
  - Added language to the introductory paragraph stating that these exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.
  - Added language to **1. Ordinance or Law** stating that we will provide coverage when an ordinance or law requires the use of safety glass in replacement of damaged glass that is part of the dwelling or other structure.
  - Revised **2. Earth Movement** to indicate that this exclusion applies regardless of whether any of the perils in paragraphs **A.2.a. – A.2.h.** are caused by an act of nature or are otherwise caused. We do cover loss caused directly by fire, explosion, theft, or breakage of building or dwelling glass or safety glazing material, including storm doors or storm windows, resulting from any earth movement.
  - Revised **3. Water a.** to indicate that we do not insure for loss caused directly or indirectly by water, as described therein, whether natural or manmade.
  - Revised **3. Water b.** and **c.** to include water borne material.
  - Revised **8. Intentional Loss** to mean any loss arising out of any act an "insured" directs, commits or conspires to commit with the intent to cause a loss. Added language stating that this exclusion only applies to an "insured" who directs, commits or conspires to commit an act with the intent to cause a loss.
  - Added exclusion **7. Governmental Action.**
  - For form **HQ-P04 VA**, removed previously numbered exclusions **10.** through **12.**
  - For forms **HQ-P03 VA** and **HQ-P06 VA**, revised paragraph **B.** to indicate that the exclusions in Property – Exclusions **A.** apply even if one or more of **B.1.** through **B.3.** concurrently contribute to the loss.
  - Relocated **Neglect**, **Intentional Loss** and **Seepage or Leakage** under a new header (paragraph **C.** for forms **HQ-P03 VA** and **HQ-P06 VA**) and added language indicating that we do not insure for loss caused directly by any of said exclusions and that they apply whether or not the loss event results in widespread damage or affects a substantial area.
- Under PROPERTY – CONDITIONS:
  - For form **HQ-P03 VA**:
    - Revised **3. Loss Settlement a.** to indicate that covered property losses of personal property, awnings and outdoor radio and television antennas and satellite dishes are settled at actual cash value at the time of loss but not more than the amount required to repair or replace with like kind and quality.
    - Revised **3. Loss Settlement b.** to indicate that covered property losses of buildings and other structures covered under Property Coverages A or B, including permanently installed flooring and wall-to-wall carpeting, are settled at replacement cost without deduction for depreciation, subject to paragraphs **3.b.(1) – (5)** thereafter.

- Revised **3. Loss Settlement b.(4)** to indicate that if the replacement cost is less than $2,500, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)** whether or not actual repair or replacement is complete.

- Revised **5. Loss to a Pair or Set** to state that we will determine loss to property that is part of a pair or set in a reasonable and fair proportion of the total value of the pair or set and removed language stating Property – Condition **3.** Loss Settlement **c.(1)** does not apply to this Condition.

- For form **HQ-P04 VA**:

  - Revised **3. Loss Settlement** to state that covered property losses are settled at actual cash value at the time of loss but not more than the amount required to repair or replace with like kind and quality.

  - Revised **5. Loss to a Pair or Set** to state that we will determine loss to property that is part of a pair or set in a reasonable and fair proportion of the total value of the pair or set and removed language stating the last paragraph of Property – Condition **3.** Loss Settlement does not apply to this Condition.

- For form **HQ-P06 VA**:

  - Revised **3. Loss Settlement a.** to indicate that covered property losses of personal property are settled at actual cash value at the time of loss but not more than the amount required to repair or replace with like kind and quality.

  - Revised **3. Loss Settlement b.** to indicate that property covered under Property Coverage A – Dwelling includes permanently installed flooring and wall-to-wall carpeting. Added language indicating that you may make claim under the policy for loss to buildings or other structures on an actual cash basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us of your intent to repair or replace the damaged building or other structure within 6 months of the later of the last date you received a payment for actual cash value or the date of entry of a final order of a court of competent jurisdiction declaring your right to replacement cost.

  - Revised **5. Loss to a Pair or Set** to state that we will determine loss to property that is part of a pair or set in a reasonable and fair proportion of the total value of the pair or set and removed language stating Property – Condition **3.** Loss Settlement **c.** does not apply to this Condition.

- Revised **4. Loss Deductible** to state that no more than one deductible may be applied to a loss.

- Revised **6. Loss Payment** to indicate that a loss will be payable 60 days after we receive your proof of loss and reach an agreement with you, there is an entry of a final judgment or there is a filing of an appraisal award with us.

- Revised **7. Appraisal** to remove the requirement that the request for the appointment of an umpire be made in writing.

- Retitled **8. Other Insurance and Service Agreement** and added language indicating that if a loss covered by the policy is also covered by a service agreement, the coverage provided under the policy is excess over any amounts payable under any such agreement. Service agreement means a home warranty or other similar service warranty agreement.

- For forms **HQ-P03 VA** and **HQ-P06 VA**, revised **12. Mortgage Clause** to remove language stating the word mortgagee includes trustee.

For form **HQ-P03 VA**:

- We no longer offer limits for PROPERTY COVERAGE B that are less than 10% of the limit for PROPERTY COVERAGE A. If your current limit for PROPERTY COVERAGE B is less than 10% of your limit for PROPERTY COVERAGE A, it has been increased to 10%. If your current limit for PROPERTY COVERAGE B is greater than or equal to 10% of your limit for PROPERTY COVERAGE A, there is no change.

- We no longer offer limits for PROPERTY COVERAGE C that are less than 50% of the limit for PROPERTY COVERAGE A. If your current limit for PROPERTY COVERAGE C is less than 50% of your limit for PROPERTY COVERAGE A, it has been increased to 50%. If your current limit for PROPERTY COVERAGE C is greater than or equal to 50% of your limit for PROPERTY COVERAGE A, there is no change.

- We no longer offer limits for PROPERTY COVERAGE D that are less than 20% of the limit for PROPERTY COVERAGE A. If your current limit for PROPERTY COVERAGE D is less than 20% of your limit for PROPERTY COVERAGE A, it has been increased to 20%. If your current limit for PROPERTY COVERAGE D is greater than or equal to 20% of your limit for PROPERTY COVERAGE A, there is no change.

For form **HQ-P06 VA**:

- We no longer offer limits for PROPERTY COVERAGE D that are less than 20% of the limit for PROPERTY COVERAGE C. If your current limit for PROPERTY COVERAGE D is less than 20% of your limit for PROPERTY COVERAGE C, it has been increased to 20%. If your current limit for PROPERTY COVERAGE D is greater than or equal to 20% of your limit for PROPERTY COVERAGE C, there is no change.

We no longer offer All Other Perils deductibles greater than 10% of the limit for PROPERTY COVERAGE A. If your current All Other Perils deductible is greater than 10% of your limit for PROPERTY COVERAGE A, it has been decreased to 10%. If your current All Other Perils deductible is less than or equal to 10% of your limit for PROPERTY COVERAGE A, there is no change.

### Liability Coverage Section, form HQ-L77 VA (04-23):

- Under LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS:
    - Added pharmaceuticals to the list of eligible medical expenses.
    - Added language indicating that medical payments coverage applies to a person off an "insured location", if the "bodily injury" is sustained by a "residence employee" and arises out of the "residence employee's" employment by the "insured".
- Under LIABILITY – ADDITIONAL COVERAGES:
    - Under **1. Claim Expenses**:
        - Revised paragraph **b.** to indicate that we pay the cost of bail bonds required of the "insured" because of an "occurrence" to which this coverage applies, not to exceed $250 per bail bond except we will have no obligation to apply for or furnish any such bonds.
        - Added language indicating that we pay pre-judgment interest incurred in addition to the Liability Coverage E and Liability Coverage F limits of liability.
    - Under **3. Damage to Property of Others**:
        - Added language to exclusion **c.** indicating that we will not pay for "property damage" to property rented to an "insured".
        - Added language to exclusions **c.** and **d.** indicating that we will not pay for "property damage" to property rented to an "insured" or to property owned by or rented to a roomer or boarder of an "insured".
        - Revised exclusion **e.(3)** regarding "aircraft", watercraft and "motor vehicles" to remove the word occupancy and the list of vehicles to which the exclusion does not apply.
    - Added language to **4. Loss Assessment** indicating that it applies to your share of any loss assessment charged against all members of any property owner's association.
- Under LIABILITY – EXCLUSIONS:
    - Under **A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others**:
        - Added language indicating that the "Aircraft Liability" exclusion does not apply to "bodily injury" or "property damage" arising out of the use of drones without cameras and drones that are not capable of carrying people or cargo or hobby "aircraft" or model "aircraft" that is not capable of carrying people or cargo.
        - Added language indicating that exclusion **A.2.** does not apply to incidental "business" activities conducted by an "insured" who is younger than 21 years of age, that produce revenue of no more than $5,000 during the policy period or a combination thereof.
        - Added language indicating that exclusion **4.** Only applies to an "insured" who directs, commits or conspires to commit the act that causes the "bodily injury" or "property damage".

- Added an exclusion To remove coverage for "Hovercraft Liability". This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured", hovercraft on an "insured location" or vehicles primarily used in servicing the "residence premises" while on or off the "residence premises".

- Added language to exclusion **8.** regarding "motor vehicle liability" indicating that it does not apply to "motor vehicles" held in dead storage on the "residence premises", vehicles primarily used in servicing the "residence premises" while on or off the "residence premises" and "recreational motor vehicles" on an "insured location".

- Revised exclusion **12.** regarding "watercraft liability" to indicate that coverage is now provided for all watercraft on an insured location, but there is no longer coverage for watercraft powered by an engine with more than 50 horsepower or sailing vessels more than 26 feet in length while in storage away from an insured location. In addition, coverage was previously provided for watercraft powered by an outboard engine with more than 50 horsepower acquired during the policy period or before the policy period if declared at policy inception or intent to insure was reported to us within 45 days of acquisition, but coverage is no longer provided for these watercraft while away from an insured location.

- Under **B. Liability Coverage E – Personal Liability**:
  - Revised **1.a.** to indicate that Liability Coverage E does not apply to liability for your share of any loss assessment charged against all members of any property owner's association, except as provided in Liability – Additional Coverage **4. Loss Assessment.**
  - Revised **1.b.** to indicate that Liability Coverage E does not apply to liability assumed by an "insured" under a contract or agreement that is not in writing. This exclusion does not apply to liability that an "insured" would have had without a contract or agreement.
  - Revised **3.** To indicate that Liability Coverage E does not apply to "property damage" to property of others in the care, custody or control of an "insured".

- Under LIABILITY – CONDITIONS:
  - Under **6. Suit Against Us**, removed language stating that any person or organization or their legal representative who has secured a judgment against the "insured" or written agreement signed by us will be entitled to recover under this policy to the extent of the insurance afforded under this policy.
  - Under **8. Other Insurance**:
    - Retitled **a. Liability Coverage E – Personal Liability** and revised it to indicate that if a loss covered by the policy is also covered by other insurance on a primary basis, we will pay only the proportion of the loss that the limit of liability that applies under the policy bears to the total amount of insurance covering the loss.
    - Added **b. Liability Coverage F – Medical Payments to Others** to state that this insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.
  - Added **10. Judgements Returned Unsatisfied.**

### Special Personal Property Coverage, form HQ-015 VA (04-23):

- Under PROPERTY – PERILS INSURED AGAINST:
  - Added language indicating this change does not apply to Property – Additional Coverage **9. Collapse b.(1)**.
  - Revised **1.b.** to indicate that we do not insure for loss involving collapse, except as provided in Property – Additional Coverage **9. Collapse.**
  - Added language to **1.c.(1)** indicating that, in terms of occupancy, the provision applies if the dwelling is unoccupied for four or more consecutive days.
  - Revised **1.c.(2)** to add hot tub to, and remove wall or any other structure or device that supports all or part of a building or other structure from, the list of items to which the provision applies.
  - Added language indicating that that we do not insure for loss caused by vandalism and malicious mischief if the dwelling is "vacant" regardless of the policy's inception or renewal date.

- Added language indicating that that we do not insure for loss caused by soot from agricultural smudging or industrial operations.
- Removed **Exception to b.(4)** for forms **HQ-P03** and **HQ-P06** as the additional coverage, **13. Tear Out**, is provided within the base forms.
- Revised **2.a.** to indicate that there is coverage for breakage of the referenced property by or resulting from one or more of the Perils Insured Against that would apply under Property Coverage C of the policy if this Special Personal Property Coverage was not attached to the policy, as well as earthquake or water not otherwise excluded.
- Under PROPERTY – ADDITIONAL COVERAGES, for form **HQ-P04** only, relocated language from **Exception to b.(4)** to **Tear Out.**

### Unit-Owners Rental To Others Coverage, form HQ-033 VA (04-23):

- Revised the introductory paragraph to state that coverage provided by this policy is extended to apply while your premises shown in the Declarations under Residence Premises is rented to others.
- Under PROPERTY COVERAGE SECTION:
  - Revised PROPERTY COVERAGE C – PERSONAL PROPERTY, **4. Property Not Covered** to indicate that we do not cover property in an apartment, other than your premises shown in the Declarations under Residence Premises, rented to others by an "insured".
  - Revised PERILS INSURED AGAINST – PROPERTY COVERAGE C – PERSONAL PROPERTY to state that for purposes of this Unit-Owners Rental to Others Coverage only, **9. Theft b.(3)** does not apply.
- Under LIABILITY COVERAGE SECTION, LIABILITY – EXCLUSIONS, revised to indicate that exclusion **A.2.** does not apply to the rental or holding for rental of your premises shown in the Declarations under Residence Premises.

### Permitted Incidental Occupancies Coverage, Residence Premises, form HQ-042 VA (04-23):

- Under PROPERTY COVERAGE SECTION:
  - Added language to indicate that for form **HQ-P06**, Property Coverage A – Dwelling does not apply to an other structure that is described in the Declarations under this Permitted Incidental Occupancies Coverage. We will cover an other structure, described in the Declarations under this Permitted Incidental Occupancies Coverage, for direct physical loss by a Peril Insured Against for not more than the limit shown in the Declarations under this Permitted Incidental Occupancies Coverage.
  - Revised PROPERTY COVERAGE B – OTHER STRUCTURES to indicate that language is added in form **HQ-P03** only.
  - Under PROPERTY COVERAGE C – PERSONAL PROPERTY:
    - Revised to indicate that **3. Special Limits of Liability g.** includes covered "business" property, on the "residence premises", other than furnishings, supplies and equipment of the "business" described in the Declarations under this Permitted Incidental Occupancies Coverage. This limit includes the cost to replace or recreate "business" records or data as a result of loss by a Peril Insured Against, regardless of the medium on which the material exists, if the records or data are replaced or recreated.
    - Added language stating that paragraph **i.** under **4. Property Not Covered** does not apply.

### Personal Injury Coverage – Virginia, form HQ-082 HO (04-23)

- Under LIABILITY – ADDITIONAL COVERAGES, added language to **4. Loss Assessment** indicating that it applies to your share of any loss assessment charged against all members of any property owner's association.
- Under LIABILITY – EXCLUSIONS:
- Revised to state that exclusion **1.g.** does not apply to the rental or holding for rental of your premises shown in the Declarations under Residence Premises when this Personal Injury Coverage is used with form **HQ-033**; and

- With respect to other than "home-sharing host activities", revised to indicate that exclusion **1.g.** does not apply to incidental "business" activities conducted by an "insured" who is younger than 21 years of age, that produces revenue of no more than $5,000 during the policy period or a combination thereof.

### Home Business Coverage, form HQ-147 VA (04-23):

- Under PROPERTY COVERAGE SECTION, PROPERTY COVERAGE C – PERSONAL PROPERTY, added language indicating that **3. Special Limits of Liability g.** does not apply to property pertaining to your "home business".

### Owned Snowmobile Coverage, form HQ-164 VA (04-23):

- Under LIABILITY COVERAGE E – PERSONAL LIABILITY AND LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS, added language indicating that Liability Coverages E and F apply to "motor vehicle liability" involving a snowmobile owned by an "insured", described in the Declarations under this Owned Snowmobile Coverage and off an "insured location" subject to the Liability – Exclusions.

- Under LIABILITY – EXCLUSIONS, added language indicating that **A.8.c.** under **A.** Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others is replaced with **c.** "Recreational motor vehicles" on and off an "insured location".

### Water Back Up and Sump Discharge or Overflow Coverage – Virginia, form HQ-208 HO (04-23):

- Under PROPERTY COVERAGE SECTION, PROPERTY – ADDITIONAL COVERAGES, revised **Water Back Up and Sump Discharge or Overflow Coverage** to indicate that we will pay for direct physical loss to property covered under the Property Coverage Section of the policy, caused by water or water borne material, that:
  - Enters through or backs up from a sewer or drain located within the dwelling or other building structures on the "residence premises"; or
  - Discharges or overflows from a sump or sump pump, related equipment or any other system designed to remove subsurface water which is drained from the foundation area, located within the dwelling or other building structures on the "residence premises" even if such discharge or overflow results from mechanical breakdown.
  - Added language stating that this coverage is additional insurance.

### Limited Hidden Water or Steam Seepage or Leakage Coverage, form HQ-209 VA (04-23):

- Under PROPERTY COVERAGE SECTION, PROPERTY – ADDITIONAL COVERAGES:
  - Added language indicating that we will pay for damage to covered property caused by the constant or repeated, seepage or leakage of water or steam that occurs over a period of weeks, months or years.
  - Added language stating that this coverage only applies to Property Coverage A – Dwelling in forms **HQ-P03** and **HQ-P06**, and to Property Coverage B – Other Structures in form **HQ-P03**.

### Expanded Ordinance or Law Additional Coverage – Virginia, form HQ-277 HO (04-23):

- Revised to clarify that the endorsement replaces Additional Coverage **11. Ordinance or Law** in forms **HQ-P03** and **HQ-P06** and Additional Coverage **12. Ordinance or Law** in form **HQ-P04**, and to indicate that we do not cover stigma damage or any actual or perceived reduction or diminution in value to any covered building or other structure due to the requirements of any ordinance or law.

### Personal Property Replacement Cost Loss Settlement, form HQ-290 VA (04-23):

- Revised the introductory paragraph to indicate that paragraph **3. Loss Settlement** paragraph **a.** in forms **HQ-P03** and **HQ-P06** and paragraph **3. Loss Settlement** in form **HQ-P04** are being replaced.
- Categorized **Eligible Property** into two groups; **Eligible Property** and **Eligible Property with form HQ-61B**.
- Revised **Eligible Property (b)** to include only awnings, outdoor radio and television antennas and satellite dishes.
- Under **Eligible Property with form HQ-61B**, revised to align with the Valuable Items Plus form **HQ-61B**, including aligning the Class of Personal Property descriptions with the descriptions in form **HQ-61B**;

adding fine arts, computers, firearms, and china to the list and removing golfer's equipment from the list of **Eligible Property with form HQ-61B**. Covered losses to golfer's equipment are eligible for replacement cost loss settlement in accordance with **3.a.(1)(a)**.

- Removed language stating Personal Property Replacement Cost Loss Settlement will not apply to other classes of property separately described and specifically insured.

- Relocated **Replacement Cost Loss Settlement** to under paragraph **3.a.** and added the phrase, without deduction for depreciation, to subparagraph **(a)**.

### Special Provisions – Virginia, form HQ-300 HO (04-23):

- Added a provision indicating that wherever the term actual cash value is used in the policy, the term means the amount equal to the replacement cost minus depreciation of damaged or stolen property at the time of the loss.

- Under POLICY CONDITIONS:

- Removed duplicate language under **4. Cancellation** and **5. Nonrenewal** concerning the delivery, transmission, mailing, proof and retention of the notice, as the same information is indicated earlier in the respective provisions.

- Under **5. Nonrenewal**, removed the second paragraph regarding nonrenewal of policies written for policy periods of less than one year.

### Additional Replacement Cost Protection Coverage, form HQ-420 VA (04-23):

- Added language to paragraph **B.2.(2)** stating that once actual repair or replacement is complete, we will settle the loss, as noted in **B.2.b.(1)**. If the replacement cost is less than $2,500, we will settle the loss as noted in **B.2.b.(1)** whether or not actual repair or replacement is complete.

### Trust Coverage, form HQ-615 VA (04-23):

- Under DEFINITIONS:

- Removed **4.** "Business" and **7.** "Insured location".

- Revised **9.** "Insured" to indicate that Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others may apply to the Trust and any Trustee, but only with respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of the "residence premises".

### Functional Replacement Cost Loss Settlement, form HQ-825 VA (04-23):

- Removed the definition of "Functional replacement cost".

- Revised to indicate that, unless Additional Replacement Cost Protection Coverage form **HQ-420** is part of the policy, buildings and other structures covered under Property Coverages A or B, including permanently installed flooring and wall-to-wall carpeting, are settled at the least of the limit of liability under the policy that applies to the building or other structure, the amount necessary to repair or replace the damaged property with functionally equivalent property at a lower cost than would be required to replace the damaged property with material of like kind and quality or the amount actually spent to repair or replace the damaged building or other structure or part of the dwelling or other structure intended for the same occupancy and use.

- Added language indicating the loss settlement conditions that apply if the actual cash value of the damaged property is less than the cost necessary to repair or replace the damaged property with functionally equivalent property.

### Home-Sharing Host Activities Coverage, form HQ-857 VA (04-23):

- Removed the definitions of "home-sharing host activities" and "home-sharing occupant", which are now included within form **HQ-D77**.

- Under PROPERTY COVERAGE SECTION, PROPERTY COVERAGE A – DWELLING:

- Revised paragraph **2.b.** to indicate that, in form **HQ-P06**, we do not cover other structures rented or held for rental to any person not a roomer, boarder or tenant of the dwelling or a "home-sharing occupant", unless used solely as a private garage.

- Revised paragraph **2.c.** to indicate that, in form **HQ-P06**, we do not cover other structures from which any "business" other than "home-sharing host activities" is conducted.

- Under PROPERTY COVERAGE B – OTHER STRUCTURES, revised paragraph **2.b.** to indicate that, in form **HQ-P03**, we do not cover other structures rented or held for rental to any person not a roomer, boarder or tenant of the dwelling or a "home-sharing occupant", unless used solely as a private garage.

- Under PROPERTY COVERAGE C – PERSONAL PROPERTY, revised to indicate that:

  - Paragraphs **g.** and **h.** under **3. Special Limits of Liability** do not apply to personal property used primarily for "home-sharing host activities" purposes.

  - We do cover property of roomers, boarders, tenants, "home-sharing occupants", and other occupants related to an "insured" and guests of any such roomer, boarder, tenant, "home-sharing occupant" or other occupant.

  - Paragraph **g.** under **4. Property Not Covered** does not apply to your personal property in an apartment rented or held for rental to others by an "insured" on the "residence premises" for "home-sharing host activities".

- Under PERILS INSURED AGAINST, PROPERTY COVERAGE C – PERSONAL PROPERTY, added language indicating that the peril of **Theft** does not include loss caused by theft from that part of the "residence premises" rented by an "insured" to someone other than another "insured" or a "home-sharing occupant". Also added language indicating items for which we do not pay as a result of loss by theft.

- Under PROPERTY – CONDITIONS:

  - Retitled **8. Other Insurance and Service Agreement.**

  - Added language indicating that the coverage provided under the policy will be excess over any amounts payable under service agreements.

  - Added language stating that a service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

- Under LIABILITY – EXCLUSIONS:

  - Revised to indicate that exclusion **A.2.** does not apply to the rental or holding for rental of an "insured location" if the "insured location" is shown in the Declarations as an Additional Residence Rented to Others, if the "insured location" is shown in the Declarations as Other Structures Rented to Others Coverage or for "home-sharing host activities".

  - Revised to indicate that exclusion **1.g.** does not apply to the rental or holding for rental of the "residence premises" on a regular basis if Unit Owners Rental to Others Coverage is shown in the Declarations, "home-sharing host activities" or incidental "business" activities conducted by an "insured" who is younger than 21 years of age, that produces revenue of no more than $5,000 during the policy period or a combination thereof.

## ENDORSEMENTS THAT ARE NO LONGER AVAILABLE

- **Motorized Golf Cart Coverage, form HQ-028 VA (05-17)**

- **Watercraft Liability Coverage, form HQ-075 VA (05-17)**

- **Watercraft Hull Coverage, form HQ-076 VA (05-17)**

- **Replacement Cost Loss Settlement for Certain Non-Building Structures on the Residence Premises – Virginia, form HQ-443 VA (11-18)**

- **Modified Loss Settlement, form HQ-530 VA (05-17)**

If you have any questions on the policy forms and endorsements that apply to your policy or if you wish to make any change, contact your agent or Travelers representative.

We appreciate your business and look forward to continuing to serve your insurance needs.

Travelers

YOUR AGENCY
**GEICO INS AGENCY LLC**
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0006
PHONE: 1.800.841.3005 | FAX: (855) 841-4816



**YOUR POLICY**



**606621107-633-1**
**21046 EMERSON CT**
May 15, 2024 to May 15, 2025

(i) Log in to MyTravelers.com to manage your policy and billing details.

# You're insured!

This document is intended to help you better understand your homeowners insurance. Your policy is effective from **May 15, 2024** to **May 15, 2025**. For a complete description of your coverage, please refer to your policy.



**COVERAGE A**
**Dwelling** and attached structures such as garages and decks
YOUR LIMIT
**$566,000**

**COVERAGE B**
**Other structures** such as detached garages and sheds
YOUR LIMIT *
**$56,600**

**COVERAGE C**
**Personal property** such as furniture and clothing
YOUR LIMIT *
**$283,000**

**COVERAGE E**
**Personal liability** for property damage and bodily injury to others
YOUR LIMIT
**$300,000**

**COVERAGE F**
**Medical payments** to others
YOUR LIMIT
**$2,000**

**COVERAGE D**
**Loss of use** or access to your dwelling
YOUR LIMIT *
**$113,200**

**Deductibles**
Amount of a covered claim that is your responsibility
All Perils                                  **$1,000**

## You're receiving five discounts for a total savings of $526.00

- ✅ Early Quote
- ✅ Fire Protective Device
- ⭕ Theft Protective Device
- ⭕ Windstorm Mitigation

- ✅ Loss Free
- ✅ Partner
- ⭕ Water Protective Device

- ✅ Good Payer
- ⭕ Multi-Policy
- ⭕ Green Home

**12-month total premium**

# $1,698.00

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

\* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

PL-50374 (05-17)                                                                                    Page 1 of 2

**TRAVELERS**

As of March 26, 2024

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:



### Weather

Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.



### Fire

Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



### Theft or vandalism

Your policy typically covers theft or vandalism of your property. See your policy for special limits on things such as collectibles, jewelry, and money.

**Take steps to protect your property and call us as soon as damage occurs.**
**For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:



### Floods are not covered

Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.



### Earthquake coverage is optional

Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.



### It's not for home maintenance

Repairs due to wear and tear or lack of upkeep are not typically covered under your policy.

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy moves out
- Someone named on the policy passes away
- Someone moved onto your property

- You rent, sell, temporarily relocate, vacate or buy a new home
- Business is conducted on your property
- You renovate or build an addition
- You replace your roof

---

This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.



# TRAVELERS

## Homeowners Policy Continuation Declarations

**Named Insured and Mailing Address**
HUSSAIN RAHEEM
21046 EMERSON CT
STERLING, VA 20164-2435
HUSSAIN.RAHEEM@COLORADO.EDU

**Your Agency's Name and Address**
GEICO INS AGENCY LLC
1 GEICO BLVD
FREDERICKSBURG, VA 22412-0006

**Residence Premises**
21046 EMERSON CT
STERLING, VA 20164

**Mortgagee Name and Address**

1.  FLAGSTAR BANK
    ISAOA/ATIMA
    PO BOX 7646
    SPRINGFIELD, OH 45501-7646
    LOAN NUMBER: 0441367777

---

### Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 606621107 633 1 | **For Policy Service** | 1.800.841.3005 |
| **Your Account Number** | 606621107 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer:** TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

---

**The policy period is from May 15, 2024 at 12:01 A.M. STANDARD TIME to May 15, 2025 at 12:01 A.M. STANDARD TIME at the residence premises.**

| Total Premium for this Policy: | $1,698.00 |
|---|---|
| This is not a bill. The mortgagee will be billed separately for this policy. | |

### Discounts

The following discounts reduced your premium:

| | | |
|---|---|---|
| Early Quote | Loss Free | Good Payer |
| Fire Protective Device | Partner | |

### Savings Reflected in Your Total Premium: $526.00

---

### Coverages and Limits of Liability

| **Property Coverage Section** | Limit |
|---|---|
| Coverage A – Dwelling | $566,000 |
| Coverage B – Other Structures | $56,600 |
| Coverage C – Personal Property | $283,000 |
| Coverage D – Loss of Use | $113,200 |

---



---

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Personal Liability - Bodily Injury and Property Damage (each occurrence) | $300,000 |
| Coverage F – Medical Payments to Others (each person) | $2,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Perils) | $1,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

---

## Special Limits and Additional Coverages
### Coverage Level: **Travelers Protect®**

*The limit shown for each of the Special Limits of Liability and Additional Coverages is the total limit for each loss in that category.*

| Personal Property – Special Limits of Liability | Limit |
|---|---|
| **a.** Money, bank notes, coins, stored value cards | $250 |
| **b.** Securities, accounts, passports, tickets, stamps | $1,500 |
| **c.** Theft of jewelry, watches, precious stones | $1,500 |
| **d.** Theft of furs | $1,500 |
| **e.** Theft of firearms and related equipment | $2,000 |
| **f.** Trailers or semitrailers not used with watercraft | $1,500 |
| **g.** Business property on the residence premises | $3,000 |
| **h.** Business property away from the residence premises | $1,500 |

*The Special Limits of Liability do not increase your Coverage C – Personal Property Limit.*

| Property – Additional Coverages | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $28,300 |
| Fire Department Service Charge | $500 |
| Credit Card, Fund Transfer, Forgery and Counterfeit Money | $1,000 |
| Loss Assessment | $1,000 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $56,600 |

*The applicable policy deductible applies unless otherwise noted.*

| Liability – Additional Coverages | Limit |
|---|---|
| Damage to Property of Others | $1,000 |
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*



| Named Insured | HUSSAIN RAHEEM | Policy Number | 606621107 633 1 |
| Policy Period | May 15, 2024 to May 15, 2025 | Issued On Date | March 26, 2024 |

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Personal Property Replacement Cost Loss Settlement | HQ-290 VA (04-23) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 VA (04-23) | $141,500 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |

*Note: The additional cost or premium reduction for any optional coverage or package
shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:        Form: 633

| Policy Quick Reference | HQ-T77 VA (11-18) |
| Agreement, Definitions & Policy Conditions | HQ-D77 VA (04-23) |
| Property Coverage Section | HQ-P03 VA (04-23) |
| Liability Coverage Section | HQ-L77 VA (04-23) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Virginia | HQ-300 HO (04-23) |
| Additional Benefits | HQ-860 CW (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and
Endorsements listed above form your Homeowners Insurance Policy.
Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| Year Built: 1987 | Garage Type: Attached | Pool: No |
| # of Families: 1 Family | Square Footage: 1978 | Age of Roof: 19 |
| # of Stories: 2 | Construction Type: Frame | Roof Square Footage: 1251 |
| # of Bathrooms: 3 | Siding Type: Vinyl | Tree Overhang: 0% |
| # of Employees: 00 | Foundation Type: Basement | Roof Material Type: Architectural Shingle |
| Garage - Number of Cars: 1 | Finished Basement: Yes | |

Issued on 03-26-2024

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

**TRAVELERS**

We want to make sure we are using accurate information to rate your policy. Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete. If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative.    We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6066211076331 and product code QH2 to view all available discounts. Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

We have increased the coverage limit on your home by 1.800% to reflect the estimated cost to rebuild your home. This increase is based on information we received from CoreLogic, an independent firm specializing in construction costs. Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. Have you recently made any home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your basement? Have you added an extra room or built a deck? These changes can significantly increase the replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage limit, please contact your Travelers representative or agent who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments.

If you have recently replaced your roof it is important that you inform your Travelers Representative.

Your policy contains a loss settlement condition that provides for the repair or replacement of buildings under Coverage A or B without deduction for depreciation as long as the amount of insurance on the damaged building is 80% or more of the full replacement cost of the building. Failure to maintain an amount of insurance at least 80% or more of the full replacement cost will mean that a formula will be applied that will reduce the amount you would receive for insurance equal to 100% of the replacement value of the building. If you have any concerns about your coverage limits, please contact your insurance representative.

IMPORTANT INFORMATION: It you need to contact someone about your insurance, please contact your agent, GEICO INS AGENCY INC., at 1.800.841.3005. If you have additional questions, you may contact the insurance company directly at:
Travelers
PO Box 2906
Hartford, CT 06104-9900
888.703.0549

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia Bureau of Insurance at:
Property and Casualty Division
P.O. Box 1157
Richmond, VA 23218
In State calls: 800.552.7945
Out of State calls: 804.371.9185
Written correspondence is preferable in order to maintain a record of your inquiry. When contacting your agent, company or Bureau of Insurance, it is helpful to have your policy number available.

Earthquake coverage is excluded unless purchased by endorsement. Your policy excludes coverage unless the Earthquake endorsement is shown on your declarations page. Please contact your Travelers agent or representative regarding information on this valuable coverage.

You have the option to purchase coverage for damage caused by or resulting from water which backs up through sewers or drains. This coverage is available up to the policy limits of Coverage A (Dwelling). If you are interested in this coverage, please contact your Travelers representative.


**TRAVELERS**

| | | | |
|---|---|---|---|
| Named Insured | HUSSAIN RAHEEM | Policy Number | 606621107 633 1 |
| Policy Period | May 15, 2024 to May 15, 2025 | Issued On Date | March 26, 2024 |

Your policy contains a credit for the installation of an alarm system and/or an automatic sprinkler system. Please notify us promptly of any changes including removal, to the system(s).

Ordinance or law coverage is included in your policy as reflected on your Declaration Page. For an additional premium, you may increase your coverage for the costs to repair or replace damaged property resulting from the application of ordinances or laws that regulate construction, repair or demolition. Contact your agent or Travelers representative if you wish to increase this coverage, or if you would like additional information.

HQ-D77 VA (04-23)

## TRAVELERS INSURANCE POLICY

**Travelers Personal Insurance Company**
One Tower Square, Hartford, Connecticut 06183
(A Stock Insurance Company)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, you and your refer to:

**a.** The named "insured" shown in the Declarations; and

**b.** The spouse if a resident of the same household. The term spouse includes, if a resident of the same household:

  **(1)** The civil partner of the named "insured", provided such civil union was obtained in a state where a civil union is legally recognized; or

  **(2)** The domestic partner of the named "insured", provided such domestic partner was in a continuing spouse-like relationship with the named "insured" for the purpose of a domestic life. Both persons must be 18 years of age or older and may not be related to each other by blood. Neither may be married to another person, or be a domestic partner or partner by civil union of any other person.

In this policy, we, us and our refer to the member company of Travelers providing this insurance and shown as Your Insurer in the Declarations.

In this policy, certain words and phrases are in quotes. Those words and phrases are defined as follows:

**1.** "Aircraft" means a machine or device capable of atmospheric flight, including hobby or model "aircraft", drones, self-propelled missiles and spacecraft.

**2.** "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability" mean liability for "bodily injury" or "property damage" arising out of:

**a.** Ownership of such vehicle or craft by an "insured";

**b.** Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

**c.** Entrustment of such vehicle or craft by an "insured" to any person;

**d.** Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

**e.** Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

For the purpose of this definition:

**a.** Aircraft means an "aircraft" as defined in Definitions **1.**;

**b.** Hovercraft means a self-propelled motorized ground effect vehicle and includes flarecraft and air cushion vehicles;

**c.** Motor vehicle means a "motor vehicle" as defined in Definitions **11.** and a "recreational motor vehicle" as defined in Definitions **16.**; and

**d.** Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor.

**3.** "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

**4.** "Business" means:

**a.** A trade, profession or occupation engaged in on a full-time, part-time or occasional basis, including:

  **(1)** "Home-sharing host activities"; or

  **(2)** "Farming"; or

**b.** Any other activity engaged in for money or other compensation, except the following:

  **(1)** Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

  **(2)** Providing home day care services for which no compensation is received, other

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

than the mutual exchange of such services; or

**(3)** Providing home day care services to a relative of an "insured".

"Business" does not include:

**a.** The "occasional rental" of the whole or a part of the "residence premises" for dwelling purposes;

**b.** The rental or holding for rental of a part of the "residence premises" for no more than two roomers or boarders for use as a primary residence;

**c.** The rental of a part of the "residence premises" as a private garage;

**d.** The rental of a part of the "residence premises" as an office, school or studio; or

**e.** The "insured's" use of the "residence premises" for remote work under an agreement with the "insured's" employer.

**5.** "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

**6.** "Farming" means the use of land and buildings primarily for agricultural purposes with the objective of:

**a.** Raising animals to produce food for sale or distribution to the public; and

**b.** Growing crops for sale or distribution to the public.

**7.** "Home-sharing host activities" means:

**a.** The rental of the whole or part of the "residence premises" for lodging purposes through an online-enabled application, website or digital network during the policy term:

**(1)** For more than seven consecutive or random days; or

**(2)** That generates revenue of more than $5,000; and

**b.** Any other related property or service made available and provided by an "insured" for use during such rental and outlined in the agreement which is entered into through an online-enabled application, website or digital network.

**8.** "Home-sharing occupant" means a person, other than an "insured", who:

**a.** Has entered into a contract or an agreement with an "insured" for "home-sharing host activities"; or

**b.** Is accompanying or staying with a person described in paragraph **8.a.**

A "home-sharing occupant" is not a roomer, boarder, tenant or guest.

**9.** "Insured" means:

**a.** You and residents of your household who are:

**(1)** Your relatives; or

**(2)** Other persons under the age of 21 and in the care of any person named above; or

**b.** Any Additional Insured named in the Declarations, but only with respect to Coverages A, B, E and F if applicable to your policy and only for the "residence premises".

**c.** Under the Liability Coverage Section:

**(1)** With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **9.a.**

"Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of the person's or organization's "business" or without consent of the owner; or

**(2)** With respect to any vehicle or watercraft to which this policy applies:

**(a)** Persons while engaged in your employ or that of any person included in **9.a.**; or

**(b)** Other persons using the vehicle or watercraft on an "insured location" with your consent.

**10.** "Insured location" means:

**a.** The "residence premises" shown in the Declarations;

**b.** The part of other premises, other structures and grounds used by you as a residence and:

**(1)** Which is shown in the Declarations; or

**(2)** Which is acquired by you during the policy period for your use as a residence;

**c.** Any premises used by you in connection with a premises described in **10.a.** and **b.**;

**d.** Any part of a premises:

**(1)** Not owned by an "insured"; and

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** Where an "insured" is temporarily residing;

**e.** Unimproved land, other than farm land, owned by or rented to an "insured";

**f.** Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

**g.** Individual or family cemetery plots or burial vaults of an "insured";

**h.** Any part of a premises occasionally rented to an "insured" for other than "business" use;

**i.** Any premises owned by you and rented to others for use as a residence by not more "than four families, if shown in the Declarations as an Additional Residence Rented to Others; or

**j.** Any other structure on the "residence premises" rented to others as a private residence if a limit of liability is shown in the Declarations as Other Structures Rented to Others Coverage.

**11.** "Motor vehicle" means a vehicle that is self-propelled or designed for self-propulsion and is designed or licensed for use on public roads.

**12.** "Occasional rental" means rental of the whole or part of the "residence premises" for lodging purposes during a policy term:

**a.** For seven or fewer consecutive or random days; or

**b.** That generates revenue of up to $5,000.

"Occasional rental" is not "home-sharing host activities".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period, in:

**a.** "Bodily injury"; or

**b.** "Property damage".

**14.** "Pollutants" means any solid, liquid, gaseous, thermal or radioactive irritant or contaminant,

including vapor, fumes, acids, alkalis, chemicals, and waste.

**15.** "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

**16.** "Recreational motor vehicle" means a vehicle designed for recreational use off public roads and not subject to "motor vehicle" registration.

**17.** "Residence employee" means:

**a.** An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, if the employee's duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

**b.** One who performs similar duties elsewhere not related to the "business" of an "insured".

**18.** "Residence premises" means:

**a.** The one family dwelling or unit where you reside; or

**b.** The two, three or four family dwelling where you reside in at least one of the family units;

and which is shown as the "residence premises" in the Declarations; or

**c.** That part of any building occupied by you for residential purposes.

**19.** "Vacant" means a dwelling or unit:

**a.** That has not been occupied as a residence for more than 60 consecutive days immediately before a loss; and

**b.** Where most of the named "insured's" personal property has been removed such that the dwelling or unit is not functional as a customary place of residence.

A dwelling or unit is not occupied if the dwelling or unit is being used without the permission of an "insured". A dwelling or unit under construction or being remodeled, repaired or renovated is not considered "vacant".

## POLICY CONDITIONS

**1. Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:

**a.** Intentionally concealed or misrepresented any material fact or circumstance;

**b.** Engaged in fraudulent conduct; or

**c.** Made false statements;

relating to this insurance.

**2. Liberalization Clause.** If we adopt any revision which would broaden the coverage without additional premium, the broadened coverage will immediately apply.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. **Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

4. **Cancellation.** Specific Cancellation provisions apply in Virginia. Such provisions will appear in the ***Special Provisions – Virginia*** that is part of this policy.

5. **Nonrenewal.** Specific Nonrenewal provisions apply in Virginia. Such provisions will appear in the ***Special Provisions – Virginia*** that is part of this policy.

6. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

7. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

   Subrogation does not apply under the Liability Coverage Section to Medical Payments to Others or Damage to Property of Others.

8. **Death.** If any person named in the Declarations or the spouse, if not already a named "insured" and if a resident of the same household, dies:

   a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

   b. "Insured" will then also include:

      (1) An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

      (2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative; and

   c. The named "insured" includes the spouse, if not already a named "insured" and if residing in the named "insured's" household at the time of death.

9. **Modification of Terms.** The terms of this policy are amended to conform to the statutes, rules and regulations of the state where this policy is issued whenever the terms of this policy are less favorable to the "insured".

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## TRAVELERS HOMEOWNERS INSURANCE POLICY

## PROPERTY COVERAGE SECTION

### PROPERTY COVERAGE A – DWELLING

1. We cover:

   a. The dwelling on the "residence premises" shown in the Declarations, including fixtures and structures attached to the dwelling; and

   b. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

2. We do not cover land, including land on which the dwelling is located.

### PROPERTY COVERAGE B – OTHER STRUCTURES

1. We cover other structures, including fixtures attached to the other structures, on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection. It also includes other structures that are not buildings, including driveways, walkways and patios.

2. We do not cover:

   a. Land, including land on which the other structures are located;

   b. Other structures rented or held for rental to any person not a roomer, boarder, tenant or other occupant who provides compensation to an "insured" for use of all or part of the dwelling, unless used solely as a private garage. We do cover other structures rented to others as a private residence for which a limit of liability is shown in the Declarations for Structures Rented to Others;

   c. Other structures from which any "business" is conducted; or

   d. Other structures used to store "business" property. We do cover an other structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the other structure.

### PERILS INSURED AGAINST
### PROPERTY COVERAGE A – DWELLING
### PROPERTY COVERAGE B – OTHER STRUCTURES

1. We insure against direct physical loss to property described in Property Coverages A and B.

2. We do not insure for loss:

   a. Excluded under Property – Exclusions;

   b. Involving collapse, except as provided in Property – Additional Coverage **9.** Collapse; or

   c. Caused by:

      (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is "vacant", under construction or unoccupied for four or more consecutive days, unless you have used reasonable care to:

      (a) Maintain heat in the building; or

      (b) Shut off the water supply and drain all systems and appliances of water.

      If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

      For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

subsurface water, roof drain, gutter, downspout or similar equipment;

**(2)** Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

**(a)** Fence, pavement or patio;

**(b)** Hot tub or swimming pool;

**(c)** Footing, foundation or bulkhead;

**(d)** Retaining wall or bulkhead that does not support all or part of a building or other structure; or

**(e)** Pier, wharf or dock;

**(3)** Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

**(4)** Vandalism and malicious mischief if the dwelling is "vacant" regardless of the policy's inception or renewal date; or

**(5)** Any of the following:

**(a)** Wear and tear, marring, scratching or deterioration;

**(b)** Mechanical breakdown, latent defect or inherent vice ;

**(c)** Smog, rust, mold, wet or dry rot;

**(d)** Smoke or soot from agricultural smudging or industrial operations;

**(e)** "Pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Property Coverage C;

**(f)** Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

**(g)** Birds, vermin, rodents or insects;

**(h)** Animals owned or kept by an "insured".

Under Perils Insured Against **2.b.** and **c.**, any ensuing loss to property described in Property Coverages A and B not excluded by any other provision in this policy is covered.

## PROPERTY COVERAGE C – PERSONAL PROPERTY

**1. Covered Property.** We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

**a.** Others while the property is on the part of the "residence premises" occupied by an "insured";

**b.** A guest while the property is in any residence occupied by an "insured"; or

**c.** A "residence employee", while the property is:

**(1)** In any residence occupied by an "insured"; or

**(2)** In the physical custody of that employee and that employee is engaged in the service of an "insured".

This request may be made after a loss.

**2. Limit for Property at Other Locations.**

**a. Other Residences.**

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Property Coverage C, or $1,000, whichever is greater. This limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because the "residence premises" is:

**(a)** Being repaired, renovated or rebuilt; and

**(b)** Not fit to live in or store property in;

**(2)** Removed, for a period of 60 days or less, from the "residence premises" endangered by a Peril Insured Against; or

**(3)** In a newly acquired principal residence for 60 days from the time you begin to move the property there.

**b. Storage Facilities.**

Our limit of liability for personal property owned or used by an "insured" and located in a storage facility is 10% of the limit of liability for Property Coverage C, or $1,000, whichever is greater. This limitation does not apply to personal property:

**(1)** Moved from the "residence premises" because the "residence premises" is:

**(a)** Being repaired, renovated or rebuilt; and

**(b)** Not fit to live in or store property in;

**(2)** Removed, for a period of 60 days or less, from the "residence premises"

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

endangered by a Peril Insured Against; or

(3) Usually located in an "insured's" residence, other than the "residence premises".

3. **Special Limits of Liability.** The following categories of personal property are covered only up to the Special Limits of Liability indicated below or shown in the Declarations. The special limit for each category described below is the total limit for each loss for all property in that category. These special limits do not increase the Property Coverage C limit of liability.

   a. Money, bank notes, bullion, gold other than goldware or gold-platedware, silver other than silverware or silver-platedware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards, gift certificates, digital currency and any related currencies used in place of money.

   b. Securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps. This limit includes the cost to research, replace or restore information from the lost or damaged material.

   c. Loss by theft of jewelry, watches, precious and semiprecious stones.

   d. Loss by theft of furs.

   e. Loss by theft of firearms and related equipment.

   f. Trailers or semitrailers not used with watercraft.

   g. Covered "business" property, on the "residence premises".

   h. Covered "business" property, away from the "residence premises".

      This limit does not apply to loss to electronic equipment while in or upon a "motor vehicle".

   i. $500 for tapes, records, discs, wires, electronic music and movies or other media that can be used with any electronic equipment while in or upon a "motor vehicle".

   j. $1,500 for watercraft, including their trailers, furnishings, equipment, and outboard engines or motors.

      This limit does not apply to personal row boats and canoes and other non-motorized personal craft under 20 feet in length, such as kayaks, surf boards, paddle boards, wind surfers or kite boards.

   k. $5,000 for cemetery property on or off the "residence premises", including monuments, headstones, grave markers and urns.

4. **Property Not Covered.**

   We do not cover:

   a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

   b. Animals, birds or fish;

   c. "Motor vehicles".

      (1) This includes:

         (a) Electronic equipment, including antennas, that is permanently installed in a "motor vehicle"; and

         (b) Tapes, records, discs, wires, electronic music and movies or other media for use with any such electronic equipment, while in or upon a "motor vehicle", except as provided in Special Limits of Liability **3.i.**;

      (2) We do cover vehicles or property, which are:

         (a) Used to service an "insured's" residence;

         (b) Utility trailers that are not licensed for road use; or

         (c) Electric mobility devices designed to assist the handicapped;

   d. "Aircraft", including parts, whether or not attached to the "aircraft".

      We do cover:

      (1) Drones without cameras and drones that are not capable of carrying people or cargo; and

      (2) Hobby "aircraft" or model "aircraft" that are not capable of carrying people or cargo;

   e. Hovercraft, meaning a self-propelled motorized ground effect vehicle, including flarecraft and air cushion vehicles.

      We do cover hovercraft used to service the "residence premises";

   f. Property of:

      (1) A "home-sharing occupant" during "home-sharing host activities"; and

      (2) Roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**g.** Property in:

   **(1)** A space while rented to a "home-sharing occupant"; or

   **(2)** Subject to **4.g.(1)**, an apartment rented to others by an "insured".

     We do cover the "insured's" property on the "residence premises" during an "occasional rental" or on the part of the "residence premises" occupied by roomers, boarders or tenants;

**h.** Property rented to others off the "residence premises";

**i.** "Business" data, including such data stored in:

**(1)** Books of account, drawings or other paper records;

**(2)** Computers and related or similar equipment; or

**(3)** Digital, electronic or virtual form.

We do cover the cost of blank recording or storage media and of prerecorded computer programs available on the retail market; or

**j.** Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in Property – Additional Coverage **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money.

---

## PERILS INSURED AGAINST
## PROPERTY COVERAGE C – PERSONAL PROPERTY

---

We insure for direct physical loss to the property described in Property Coverage C caused by any of the following perils, unless the loss is excluded in Property – Exclusions.

**1. Fire or Lightning.**

**2. Windstorm or Hail.**

This peril includes loss to watercraft and their trailers, furnishings, equipment and outboard engines or motors, only while inside a fully enclosed building. This limitation does not apply to rowboats and canoes.

This peril does not include loss to property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building, causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

**3. Explosion.**

**4. Riot or Civil Commotion.**

**5. Aircraft.**

This peril includes remotely operated, unmanned flying device, self-propelled missile or spacecraft.

**6. Vehicles.**

**7. Smoke.**

This peril means sudden and accidental damage from smoke or soot, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

This peril does not include loss caused by smoke or soot from agricultural smudging or industrial operations.

**8. Vandalism or Malicious Mischief.**

**9. Theft.**

**a.** This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

**b.** This peril does not include loss caused by theft:

   **(1)** Committed by an "insured";

   **(2)** In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   **(3)** Committed by:

     **(a)** Roomers;

     **(b)** Boarders; or

     **(c)** Tenants, employees of the tenants or members of the tenants' household;

   **(4)** From the "residence premises" while the part of the "residence premises" customarily occupied exclusively by an "insured" is rented to others, of:

     **(a)** Money, bank notes, bullion, gold, goldware, gold-platedware, silver, silverware, silver-platedware, pewterware, platinum, coins and medals;

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(b)** Letters of credit, notes other than bank notes, passports, tickets and stamps;

**(c)** Jewelry; or

**(d)** Furs; or

**(5)** That occurs off the "residence premises", of property while at any other residence owned by, rented to or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured", who is a student, is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 90 days immediately before the loss.

**10. Falling Objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight of Ice, Snow or Sleet.**

This peril means weight of ice, snow or sleet which causes damage to property contained in a building.

**12. Accidental Discharge or Overflow of Water or Steam.**

**a.** This peril means accidental discharge, overflow or leakage of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

**b.** This peril does not include loss:

**(1)** To the system or appliance from which the water or steam escaped; or

**(2)** Caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing.

**c.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar equipment.

**d.** Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**13. Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging.**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against **14.** Freezing.

**14. Freezing.**

**a.** This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is "vacant", under construction or unoccupied for four or more consecutive days, unless you have used reasonable care to:

**(1)** Maintain heat in the building; or

**(2)** Shut off the water supply and drain all systems and appliances of water.

If the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

**b.** In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or any other system designed to remove surface or subsurface water, roof drain, gutter, downspout or similar equipment.

**15. Sudden and Accidental Damage from Artificially Generated Electrical Current.**

## PROPERTY COVERAGE D – LOSS OF USE

The limit of liability for Property Coverage D applies separately to **1.** Additional Living Expense and **2.** Fair Rental Value. Coverage under **3.** Civil Authority Prohibits Use does not increase the limit of liability for Property Coverage D.

**1. Additional Living Expense.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

household can maintain its normal standard of living.

Payment will be for the time reasonably required to:

**a.** Repair or replace the damage; or

**b.** Settle your household elsewhere, if you permanently relocate.

**2. Fair Rental Value.** If a loss covered under the Property Coverage Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the amount of fair rental value of such premises lost, less any expenses that do not continue while it is not fit to live in.

Payment will be for the time reasonably required to repair or replace such premises.

We do not cover loss or expense due to cancellation of a lease or agreement.

**3. Civil Authority Prohibits Use.** If a civil authority prohibits you from use of the "residence premises" as a result of direct physical damage to neighboring premises caused by a Peril Insured Against under this policy, we cover resulting **1.** Additional Living Expense and **2.** Fair Rental Value as provided above for no more than 30 days.

The periods of time under **1.** Additional Living Expense, **2.** Fair Rental Value and **3.** Civil Authority Prohibits Use above are not limited by expiration of this policy.

No deductible applies to this coverage.

## PROPERTY – ADDITIONAL COVERAGES

Unless otherwise stated, the following coverages are additional insurance and are subject to the applicable deductible.

**1. Debris Removal.** We will pay your reasonable expense for the removal of debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss. We will also pay your reasonable expense for removal of fallen trees which cause damage to covered property.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional percentage, as shown in the Declarations for this Property – Additional Coverage, of that limit is available for such expense.

**2. Reasonable Repairs.**

**a.** We will pay the reasonable cost incurred by you for the necessary measures taken to protect covered property that is damaged by a Peril Insured Against from further damage.

**b.** If the measures taken involve repair to other damaged property, we will pay only if that property is covered under this policy and the damage is caused by a Peril Insured Against.

This coverage does not increase the limit of liability that applies to the covered property or

relieve you of your duties described in Property – Conditions **2.d.** Duties After Loss.

**3. Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against:

**a.** Fire or Lightning;

**b.** Explosion;

**c.** Riot or Civil Commotion;

**d.** Aircraft;

**e.** Vehicles not owned or operated by a resident of the "residence premises";

**f.** Vandalism or Malicious Mischief; or

**g.** Theft.

We will pay up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for all damaged trees, shrubs, plants or lawns. No more than the Per Tree Limit shown in the Declarations for this Property – Additional Coverage will be paid for any one tree, shrub or plant. The limit of liability for this coverage includes debris removal coverage when the tree, plant or shrub does not cause damage to covered property. We do not cover property grown for "business" purposes.

**4. Fire Department Service Charge.** We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for reasonable and necessary fire department charges incurred

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

by you when the fire department is called to save or protect covered property from a Peril Insured Against.

No deductible applies to this coverage.

5. **Volunteer Fire Department Service Charge.** If the fire department service charge is not covered under the terms of Property – Additional Coverage **4.** Fire Department Service Charge, then the following applies:

We will pay up to a maximum of $250 for your liability assumed for fire department charges incurred when a volunteer fire department is called in to save or protect covered property from a Peril Insured Against.

This Property – Additional Coverage applies to your liability for service charges billed to you by a volunteer fire department, provided that:

a. The volunteer fire department is not fully funded by real estate taxes or other property taxes; and

b. The charge is not made pursuant to a contract for service outside the volunteer fire department's fire protection district, city or municipality.

This coverage is additional insurance. No deductible applies to this coverage.

6. **Property Removed.** We insure covered property against direct loss from any cause while being removed from or returned to a premises endangered by a Peril Insured Against and for no more than 60 days while removed. This coverage:

a. Is not limited by the expiration of this policy; and

b. Does not change the limit of liability that applies to the removed property.

7. **Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money.**

a. We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for:

(1) The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

(2) Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

(3) Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

(4) Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

No deductible applies to this coverage.

b. All loss resulting from a series of acts:

(1) Committed by any one person or group of persons acting in concert; or

(2) In which any one person or group of persons acting in concert is concerned or implicated;

is considered to be one loss.

c. We do not cover:

(1) Use of a credit card, electronic fund transfer card or access device:

(a) By a resident of your household;

(b) By a person who has been entrusted with either type of card or access device; or

(c) If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

(2) Loss arising out of "business" use or dishonesty of an "insured".

d. If the coverage in **7.a.** applies, the following defense provisions also apply:

(1) We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

(2) If a suit is brought against an "insured" for liability under **7.a.(1)** or **(2)**, we will provide a defense at our expense by counsel of our choice.

(3) We have the option to defend, at our expense, an "insured" or an "insured's" bank against any suit for the enforcement of payment under **7.a.(3)**.

8. **Loss Assessment.**

a. We will pay up to the limit shown in the Declarations for this Property – Additional Coverage for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property,

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Property Coverage A.

This coverage does not apply to assessments made as a result of damage caused by earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity.

We do cover loss caused directly by fire, explosion or theft resulting from earthquake and other earthquake shocks.

The limit shown in the Declarations is the most we will pay with respect to any one loss, regardless of the number of assessments. We will apply only one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

**b.** We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**c.** Property – Condition **16.** Policy Period does not apply to this coverage.

**9. Collapse.**

**a.** With respect to this Property – Additional Coverage:

(1) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**b.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

(1) A Peril Insured Against under Property Coverage C;

(2) Decay that is hidden from view;

(3) Insect or vermin damage that is hidden from view;

(4) Weight of contents, equipment, animals or people;

(5) Weight of rain which collects on a roof; or

(6) Use of defective material, methods or faulty, inadequate workmanship in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

**c.** Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock, is not included under **9.b.(2)** through **(6)**, unless the loss is a direct result of the collapse of a building or any part of a building.

**d.** This coverage does not increase the limit of liability that applies to the damaged covered property.

**10. Glass or Safety Glazing Material.**

**a.** We cover:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window when caused directly by earth movement; and

(3) The direct physical loss to covered property caused by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

**b.** This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in **10.a.(3)**; or

(2) On the "residence premises" if the dwelling is "vacant", except when the breakage results directly from earth movement as provided in **10.a.(2)**. If a loss caused by a Peril Insured Against ensues, we will provide coverage for the ensuing loss.

**c.** This coverage does not increase the limit of liability that applies to the damaged property.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**11. Ordinance or Law.**

**a.** You may use up to the percentage of Property Coverage A shown in the Declarations for this Property – Additional Coverage for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

**b.** You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **11.a.**

**c.** We do not cover:

(1) Stigma damage or any actual or perceived reduction or diminution in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure.

**d.** The most we will pay for any increased costs to comply with any ordinance or law that becomes effective after the date of loss is $5,000.

**12. Tear Out.** Unless the loss is otherwise excluded, we cover loss to property covered under Property Coverages A and B resulting from an accidental discharge, leakage or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". We will also pay the cost to tear out and replace any part of a building, or other structure, on the "residence premises", but only when necessary to repair the system or appliance from which this water or steam escaped. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building on the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For purposes of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment, any other system designed to remove surface or subsurface water, or a roof drain, gutter, down spout or similar equipment.

**13. Inflation Coverage.** We may adjust the limits of liability for Property Coverage A at the beginning of each successive policy term to reflect estimated increases in rebuilding costs for your dwelling. We may also adjust the limits of liability for Property Coverages B, C and D. The rules then in use by us will determine the new amounts for these coverages.

Payment of the required premium when due for the successive policy term will be sufficient to indicate your acceptance of the adjusted increased limits.

We will also adjust the limits of liability at the time of a loss by the same percentage pro-rated from the effective date of the policy period or the effective date of change if you have requested a change to the limit of liability for Property Coverage A during the policy period.

All other provisions of this policy apply to Property – Additional Coverages.

## PROPERTY – EXCLUSIONS

**A.** We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

the loss event results in widespread damage or affects a substantial area.

1. **Ordinance or Law,** meaning any ordinance or law:

   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion, **A.1.a.**, does not apply to the amount of coverage that may be provided for under Property – Additional Coverage **11.** Ordinance or Law;

   b. The requirements of which result in stigma damage or any actual or perceived reduction or diminution in value to property; or

   c. Requiring an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

   This exclusion applies whether or not the property has been physically damaged. We will provide coverage when an ordinance or law requires the use of safety glass in replacement of damaged glass that is part of the dwelling or other structure.

2. **Earth Movement,** meaning:

   a. Earthquake and other earthquake shocks, including land shock waves or tremors before, during or after volcanic activity;

   b. Volcano activity, including:

      (1) Volcanic eruption;

      (2) Volcanic explosion;

      (3) Effusion of volcanic material; or

      (4) Lava flow;

   c. Mudslide, including mudflow, debris flow, landslide, avalanche or sediment;

   d. Sinkhole;

   e. Subsidence;

   f. Excavation;

   g. Erosion; or

   h. Any expansion, shifting, rising, sinking, contracting or settling of the earth, soil or land.

   This exclusion applies:

   a. Whether or not the earth, soil or land is combined or mixed with water or any

other liquid or natural or man-made material; and

   b. Regardless of whether any of the above, in **A.2.a.** through **A.2.h.**, is caused by an act of nature or is otherwise caused.

   We do cover loss caused directly by fire, explosion, theft, or breakage of building or dwelling glass or safety glazing material, including storm doors or storm windows, resulting from any earth movement.

3. **Water,** meaning any:

   a. Flood, surface water, ground water, subsurface water, storm surge, waves, wave wash, tidal water, tsunami, seiche, overflow of a body of water or spray from any of these, whether natural or manmade or as a result of precipitation or driven by wind;

   b. Water or water borne material that enters through or backs up from a sewer or drain, or which discharges or overflows from a sump, sump pump, related equipment or any other system designed to remove surface or subsurface water which is drained from the foundation area; or

   c. Water or water borne material located below the surface of the ground including water or water borne material:

      (1) Which exerts pressure on or seeps, leaks or flows into:

         (a) Any part of the dwelling or other structures;

         (b) The foundation of the dwelling or other structures;

         (c) Any paved surface located on the "residence premises"; or

         (d) Any spa, hot tub or swimming pool; or

      (2) Which causes earth movement.

   We do cover loss caused directly by fire, explosion or theft resulting from water.

4. **Power Failure,** meaning the failure of power or other utility service if that failure takes place off the "residence premises".

   If the failure results in a loss from a Peril Insured Against, on the "residence premises", we will pay for the loss caused by that peril.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5. **War.** War includes the following and any consequence of any of the following:

   a. Declared or undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

6. **Nuclear Hazard,** meaning any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   Loss caused by nuclear reaction, radiation or radioactive contamination is not considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

   We do cover loss caused directly by fire resulting from any nuclear hazard.

7. **Governmental Action,** meaning the destruction, confiscation or seizure of property described in Property Coverages A, B or C by order of any governmental or public authority.

   This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

**B.** The exclusions in Property – Exclusions **A.** apply even if one or more of the following concurrently contribute to the loss.

1. Weather conditions. This exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Property – Exclusions **A.** to produce the loss.

2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

3. Faulty, inadequate or defective:

   a. Planning, zoning, development, surveying or siting;

   b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction;

   c. Materials used in repair, construction, renovation or remodeling; or

   d. Maintenance;

   of part or all of any property whether on or off the "residence premises".

**C.** We do not insure for loss caused directly by any of the following. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

1. **Neglect,** meaning neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

2. **Intentional Loss,** meaning any loss arising out of any act an "insured" directs, commits or conspires to commit with the intent to cause a loss.

   This exclusion only applies to an "insured" who directs, commits or conspires to commit an act with the intent to cause a loss.

3. **Seepage or Leakage,** meaning constant or repeated seepage or leakage of water or steam from within a plumbing, heating or air conditioning system, or household appliance, that occurs over a period of weeks, months or years.

   This exclusion does not apply to personal property.

## PROPERTY – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

   b. For more than the applicable limit of liability.

2. **Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this policy if the following duties are not performed. These duties must be performed

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

either by you, an "insured" seeking coverage or a representative of either.

**a.** Give us prompt notice;

**b.** Notify the police in case of loss by theft;

**c.** Notify the credit card or electronic fund transfer card or access device company in case of loss as provided for in Property – Additional Coverage **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money;

**d.** Protect the property from further damage. If repairs to the property are required, you must:

    **(1)** Make reasonable and necessary repairs to protect the property; and

    **(2)** Keep an accurate record of repair expenses;

**e.** Cooperate with us in the investigation of a claim;

**f.** Prepare an inventory of damaged personal property showing the quantity, description, value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**g.** As often as we reasonably require:

    **(1)** Show the damaged property;

    **(2)** Provide us with records and documents we request and permit us to make copies; and

    **(3)** Submit to examination under oath and sign the same; and

**h.** Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

    **(1)** The time and cause of loss;

    **(2)** The interest of all "insureds" and all others in the property involved and all liens on the property;

    **(3)** Other insurance which may cover the loss;

    **(4)** Changes in title or occupancy of the property during the term of the policy;

    **(5)** Specifications of damaged buildings and detailed repair estimates;

    **(6)** The inventory of damaged personal property described in **2.f.**;

    **(7)** Receipts for additional living expenses incurred and records that support the fair rental value loss; and

    **(8)** Evidence or affidavit that supports a claim under Property – Additional Coverage **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money, stating the amount and cause of loss.

**3. Loss Settlement.** In this Property – Condition, repair or replace and replacement cost do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in Property – Additional Coverage **11.** Ordinance or Law. Covered property losses are settled as follows:

**a.** Property of the following types:

    **(1)** Personal property; and

    **(2)** Awnings, outdoor radio and television antennas and satellite dishes;

at actual cash value at the time of loss but not more than the amount required to repair or replace with like kind and quality.

**b.** Buildings and other structures covered under Property Coverages A or B, including permanently installed flooring and wall-to-wall carpeting, at replacement cost without deduction for depreciation, subject to the following:

    **(1)** If, at the time of loss, the amount of insurance in this policy on the damaged building or other structure is 80% or more of the full replacement cost of the building or other structure immediately before the loss, we will pay the replacement cost, without deduction for depreciation, but not more than the least of the following amounts:

        **(a)** The limit of liability under this policy that applies to the building or other structure;

        **(b)** The replacement cost of that part of the building or other structure damaged with materials of like kind and quality and for like use; or

        **(c)** The necessary amount actually spent to repair or replace the damaged building or other structure.

If the building or other structure is rebuilt at a new premises, the cost described in **3.b.(1)(b)** is limited to the cost which would have been incurred if the building or other structure had been built at the original premises.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**(2)** If, at the time of loss, the amount of insurance in this policy on the damaged building or other structure is less than 80% of the full replacement cost of the building or other structure immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building or other structure:

  **(a)** The actual cash value of that part of the building or other structure damaged; or

  **(b)** That proportion of the replacement cost, without deduction for depreciation, for that part of the building or other structure damaged, which the total amount of insurance in this policy on the damaged building or other structure bears to 80% of the replacement cost of the building or other structure.

**(3)** To determine the amount of insurance required to equal 80% of the full replacement cost of the building or other structure immediately before the loss, we will not include the value of:

  **(a)** Excavations, footings, foundations, piers or any other structures or devices that support all or part of the building or other structure, which are below the undersurface of the lowest basement floor;

  **(b)** Those supports described in **(3)(a)** which are below the surface of the ground inside the foundation walls, if there is no basement; and

  **(c)** Underground flues, pipes, wiring and drains.

**(4)** We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)**.

If the replacement cost is less than $2,500, we will settle the loss as noted in Property – Condition **3.** Loss Settlement **b.(1)** and **b.(2)** whether or not actual repair or replacement is complete.

**(5)** You may disregard Property – Condition **3.** Loss Settlement **b.** and make claim under this policy for loss to buildings or other structures on an actual cash value basis. You may then make claim for any

additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us of your intent to repair or replace the damaged building or other structure within 6 months of the later of:

  **(a)** The last date you received a payment for actual cash value; or

  **(b)** The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement cost.

**4.** **Loss Deductible.** Unless otherwise stated in this policy, the following deductible provision applies:

  **a.** Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under the Property Coverage Section that exceeds the deductible amount shown in the Declarations.

  **b.** If two or more deductibles under this policy apply to the same loss, the total amount of all deductibles applied to the loss will not exceed the amount of the largest applicable deductible. No more than one deductible may be applied to a loss.

**5.** **Loss to a Pair or Set.** We will determine loss to property that is part of a pair or set in a reasonable and fair proportion of the total value of the pair or set.

**6.** **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

  **a.** Reach an agreement with you;

  **b.** There is an entry of a final judgment; or

  **c.** There is a filing of an appraisal award with us.

**7.** **Appraisal.** If you and we fail to agree on the amount of loss, either party may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

decision agreed to by any two will set the amount of loss.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If the written demand is made by this company, then the "insured" will be reimbursed by this company for the reasonable cost of the "insured's" appraiser and the "insured's" portion of the cost of the umpire.

If there is an appraisal, we will still retain our right to deny the claim.

8. **Other Insurance and Service Agreement.** If a loss covered by this policy is also covered by:

a. Other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

b. A service agreement, the coverage provided under this policy is excess over any amounts payable under any such agreement. Service agreement means a home warranty or other similar service warranty agreement.

9. **Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Property Coverage Section of this policy and the action is started within two years after the date of loss.

10. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

11. **Abandonment of Property.** We need not accept any property abandoned by an "insured".

12. **Mortgage Clause.**

a. If a mortgagee is named in this policy, any loss payable under Property Coverages A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

b. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

(1) Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

(2) Pays any premium due under this policy on demand if you have neglected to pay the premium; and

(3) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Property Conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

c. If we decide to cancel this policy, the mortgagee will be notified in writing at least 10 days before the date cancellation takes effect.

d. If we decide not to renew this policy, the mortgagee will be notified in writing at least 30 days before the date nonrenewal takes effect.

e. We will mail the notice of cancellation or nonrenewal to the mortgagee in accordance with Virginia law. We will retain a copy of the notice.

f. If we pay the mortgagee for any loss and deny payment to you:

(1) We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

g. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**15. Salvage.** We have the option to take the salvage or remnant part of any covered property for which we have made a loss payment for the actual cash value or the replacement cost of the damaged covered property. At our option, we may allow you to retain damaged property and will adjust any loss payment by the agreed or appraised value of the salvage or remnant portion of the damaged property.

**16. Policy Period.** This policy applies only to loss which occurs during the policy period.

**17. Loss Clause.** Payment of loss will not reduce the amount of this insurance.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-L77 VA (04-23)

## LIABILITY COVERAGE SECTION

### LIABILITY COVERAGE E – PERSONAL LIABILITY

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" is exhausted by the payment of a judgment or settlement.

### LIABILITY COVERAGE F – MEDICAL PAYMENTS TO OTHERS

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, optical, dental, ambulance, hospital, professional nursing, prosthetic devices, chiropractic, rehabilitative, extended care, pharmaceuticals and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on an "insured location" with the permission of an "insured"; or

2. To a person off an "insured location", if the "bodily injury":

    a. Arises out of a condition on an "insured location" or the ways immediately adjoining;

    b. Is caused by the activities of an "insured";

    c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured";

    d. Is sustained by a "residence employee" and arises out of the "residence employee's" employment by the "insured"; or

    e. Is caused by an animal owned by or in the care of an "insured".

### LIABILITY – ADDITIONAL COVERAGES

Unless otherwise stated, we cover the following in addition to the Liability Coverage E and Liability Coverage F limits of liability:

1. **Claim Expenses.** We pay:

    a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

    b. Premiums on appeal bonds required in a suit we defend, premiums on bonds to release attachments in a suit we defend, but not for bond amounts greater than the limit of liability for Coverage E, and the cost of bail bonds required of the "insured" because of an "occurrence" to which this coverage applies, not to exceed $250 per bail bond except we will have no obligation to apply for or furnish any such bonds;

    c. Reasonable expenses incurred by an "insured" at our request, including loss of earnings (but not loss of other income) and vacation time or other benefit loss up to $250

    per day, for assisting us in the investigation or defense of a claim or suit;

    d. Pre-judgment interest incurred; and

    e. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

3. **Damage to Property of Others.** We will pay replacement cost per "occurrence" for "property damage" to property of others caused by an "insured", up to the limit shown in the Declarations for this Liability – Additional Coverage.

    We will not pay for "property damage":

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**a.** To the extent of any amount recoverable under the Property Coverage Section of this policy;

**b.** Caused intentionally by an "insured" who is 13 years of age or older;

**c.** To property owned by or rented to an "insured";

**d.** To property owned by or rented to a roomer, boarder or tenant of an "insured";

**e.** To property owned by or rented to a resident of your household; or

**f.** Arising out of:

    **(1)** A "business" engaged in by an "insured";

    **(2)** Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than an "insured location"; or

    **(3)** The ownership, maintenance, operation, use, loading or unloading of "aircraft", watercraft or "motor vehicles".

**4. Loss Assessment.** We will pay up to the limit shown in the Declarations for this Liability – Additional Coverage for your share of any loss assessment charged against all members of any property owner's association, during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

**a.** "Bodily injury" or "property damage" not excluded under the Liability Coverage Section of this policy; or

**b.** Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

    **(1)** Is elected by the members of a corporation or association of property owners; and

    **(2)** Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

Liability – Condition **9.** Policy Period does not apply to this coverage.

Regardless of the number of assessments, the limit shown in the Declarations for this Liability – Additional Coverage is the most we will pay for loss arising out of:

**a.** One accident, including continuous or repeated exposure to substantially the same general harmful condition;

**b.** A covered act involving one or more than one director, officer or trustee; or

**c.** Repeated acts by one or more than one director, officer or trustee.

Repeated acts will be considered a single covered act.

We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

**5. Property Damage Coverage for Military Personnel and United States Government Employees.**

If an "insured" is a:

**a.** United States government employee; or

**b.** Member of the United States Military;

we agree to pay for "property damage" to United States government property, for which an "insured" is legally responsible under applicable rules or regulations.

We will pay no more than replacement cost for "property damage" arising out of an "occurrence". Replacement cost is the amount necessary to repair or replace the damaged property without deduction for depreciation, subject to the limit of liability for this Liability – Additional Coverage.

The most we will pay for all damages resulting from any one "occurrence" will not exceed two months military basic pay or government issued salary for the "insured", as of the time of the "occurrence".

We will not pay for "property damage" to:

**a.** "Aircraft";

**b.** Hovercraft;

**c.** "Motor vehicles";

**d.** Watercraft; or

**e.** Weapons.

We will not pay for "property damage":

**a.** To the extent of any amount payable under the Property Coverage Section of this policy; or

**b.** Caused intentionally by any "insured" who is 13 years of age or older.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## LIABILITY – EXCLUSIONS

**A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others.**

Liability Coverages E and F do not apply to the following:

1. "Aircraft Liability".

   This exclusion does not apply to:

   **a.** "Bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured"; or

   **b.** "Bodily injury" or "property damage" arising out of the use of:

      **(1)** Drones without cameras and drones that are not capable of carrying people or cargo; or

      **(2)** Hobby "aircraft" or model "aircraft" that is not capable of carrying people or cargo.

2. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

   Exclusion **A.2.** applies to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business".

   Exclusion **A.2.** does not apply to:

   **a.** The rental of an "insured location":

      **(1)** If the "insured location" is shown in the Declarations as an Additional Residence Rented to Others; or

      **(2)** If the "insured location" is shown in the Declarations as Other Structures Rented to Others Coverage; or

   **b.** Incidental "business" activities:

      **(1)** Conducted by an "insured" who is younger than 21 years of age;

      **(2)** That produce revenue of no more than $5,000 during the policy period; or

      **(3)** A combination of paragraphs **A.2.b.(1)** and **(2)**.

3. "Bodily injury" or "property damage" arising out of the transmission of a communicable disease by an "insured".

4. "Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage" is:

   **a.** Of a different kind, quality or degree than initially expected or intended; or

   **b.** Sustained by a different person, entity, real or personal property, than initially expected or intended.

   This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to protect persons or property.

   This exclusion only applies to an "insured" who directs, commits or conspires to commit the act that causes the "bodily injury" or "property damage".

5. "Hovercraft Liability".

   This exclusion does not apply to:

   **a.** "Bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured";

   **b.** Hovercraft on an "insured location"; or

   **c.** Vehicles primarily used in servicing the "residence premises" while on or off the "residence premises".

6. "Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Illegal or Controlled Substances include but are not limited to cocaine, heroin, LSD, methamphetamines, marijuana and all narcotic drugs.

   This exclusion does not apply to the lawful use of prescription drugs by a person following the orders of a licensed healthcare provider.

7. "Bodily injury" or "property damage" arising out of a premises:

   **a.** Owned by an "insured";

   **b.** Rented to an "insured"; or

   **c.** Rented to others by an "insured";

   that is not an "insured location".

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**8.** "Bodily injury" or "property damage" arising out of "motor vehicle liability".

This exclusion does not apply to:

**a.** "Motor vehicles" held in dead storage on the "residence premises";

**b.** Vehicles primarily used in servicing the "residence premises" while on or off the "residence premises";

**c.** "Recreational motor vehicles" on an "insured location"; or

**d.** A motorized golf cart that at the time of an "occurrence" is within the legal boundaries of:

  **(1)** A golfing facility and is parked or stored there, or being used by an "insured" to:

    **(a)** Play the game of golf or for other recreational or leisure activity allowed by the facility;

    **(b)** Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

    **(c)** Cross public roads at designated points to access other parts of the golfing facility; or

  **(2)** A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**9.** "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services.

**10.** "Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse.

**11.** "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

**a.** Declared or undeclared war, civil war, insurrection, rebellion or revolution;

**b.** Warlike act by a military force or military personnel; or

**c.** Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon, even if the discharge is accidental, will be deemed a warlike act.

**12.** "Bodily injury" or "property damage" arising out of "watercraft liability".

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured". This exclusion does not apply to watercraft:

**a.** Powered by an engine with no more than 50 horsepower;

**b.** A sailing vessel of no more than 26 feet in length with or without auxiliary power; or

**c.** On an "insured location".

This exclusion does not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

**B. Liability Coverage E – Personal Liability.**

Liability Coverage E does not apply to the following:

**1.** Liability:

**a.** For your share of any loss assessment charged against all members of any property owner's association, except as provided in Liability – Additional Coverage **4.** Loss Assessment; or

**b.** Assumed by an "insured" under a contract or agreement that is not in writing. This exclusion does not apply to liability that an "insured" would have had without a contract or agreement;

**2.** "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

**3.** "Property damage" to property of others in the care, custody or control of an "insured";

**4.** "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**a.** Workers' compensation law;

**b.** Non-occupational disability law; or

**c.** Occupational disease law;

**5.** "Bodily injury" or "property damage" for which an "insured" under this policy:

   **a.** Is also an insured under a nuclear energy liability policy issued by the:

   **(1)** Nuclear Energy Liability Insurance Association;

   **(2)** Mutual Atomic Energy Liability Underwriters;

   **(3)** Nuclear Insurance Association of Canada;

   or any of their successors; or

   **b.** Would be an insured under that policy but for the exhaustion of its limit of liability; or

**6.** "Bodily injury" to you or an "insured" as defined in Definition **9.a.** or **b.**

   This exclusion also applies to any claim made or suit brought against you or an "insured" to:

   **a.** Repay; or

   **b.** Share damages with;

   another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**C. Liability Coverage F – Medical Payments to Others.**

Liability Coverage F does not apply to "bodily injury":

**1.** To a "residence employee" if the "bodily injury":

   **a.** Occurs off an "insured location"; and

   **b.** Does not arise out of or in the course of the "residence employee's" employment by an "insured";

**2.** To any person eligible to receive benefits voluntarily provided or required to be provided under any:

   **a.** Workers' compensation law;

   **b.** Non-occupational disability law; or

   **c.** Occupational disease law;

**3.** From any:

   **a.** Nuclear reaction;

   **b.** Nuclear radiation; or

   **c.** Radioactive contamination;

   all whether controlled or uncontrolled or however caused; or

   **d.** Any consequence of any of these; or

**4.** To any person, other than a "residence employee" of an "insured", regularly residing on any part of an "insured location".

---

## LIABILITY – CONDITIONS

**1. Limit of Liability.** Our total liability under Liability Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Liability Coverage E shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Our total liability under Liability Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Liability Coverage F limit of liability shown in the Declarations.

**2. Severability of Insurance.** This insurance applies separately to each "insured". This Liability – Condition will not increase our limit of liability for any one "occurrence".

**3. Duties After "Occurrence".** In the event of an "occurrence", we have no duty to provide coverage under this policy unless you or another "insured" performs the duties noted below. You will help us by seeing that these duties are performed:

   **a.** Give us written notice as soon as is practical, which sets forth:

   **(1)** The identity of the policy and the named "insured" shown in the Declarations;

   **(2)** Reasonably available information on the time, place and circumstances of the "occurrence"; and

   **(3)** Names and addresses of any claimants and witnesses;

   **b.** Cooperate with us in the investigation, settlement or defense of any claim or suit;

   **c.** Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**d.** At our request, help us:

**(1)** To make settlement;

**(2)** To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

**(3)** With the conduct of suits and attend hearings and trials; and

**(4)** To secure and give evidence and obtain the attendance of witnesses;

**e.** With respect to Liability – Additional Coverage **3.** Damage to Property of Others, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

**f.** With respect to Liability – Additional Coverage **5.** Property Damage Coverage for Military Personnel and United States Government Employees, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control; and

**g.** No "insured" will, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**4. Duties of an Injured Person – Liability Coverage F – Medical Payments to Others.**

**a.** The injured person or someone acting for the injured person will:

**(1)** Give us written proof of claim, under oath if required, as soon as is practical; and

**(2)** Authorize us to obtain copies of medical reports and records.

**b.** The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**5. Payment of Claim – Liability Coverage F – Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

**6. Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms under the Liability Coverage Section of this policy.

No one will have the right to join us as a party to any action against an "insured".

Also, no action with respect to Liability Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**7. Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured", or of the "insured's" estate, will not relieve us of our obligations under this policy.

**8. Other Insurance.**

**a. Liability Coverage E – Personal Liability.** If a loss covered by this policy is also covered by other insurance on a primary basis, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

With respect to "bodily injury" or "property damage" arising out of the ownership, maintenance, operation, use, loading or unloading of any "motor vehicle" or watercraft to which this policy applies, this insurance under Coverage E – Personal Liability will be excess insurance over any other valid and collectible insurance available to the "insured".

**b. Liability Coverage F – Medical Payments to Others.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**9. Policy Period.** This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**10. Judgments Returned Unsatisfied.** If execution on a judgment against an "insured" or an "insured's" personal representative is returned unsatisfied in an action brought to recover damages for injury sustained or for loss or damage incurred during the policy term, then an action may be maintained against us under the terms of this policy for the amount of the judgment not exceeding the amount of the applicable limit of coverage under this policy.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

HQ-290 VA (04-23)

## PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

For purposes of this Personal Property Replacement Cost Loss Settlement only, the following replaces paragraph **a.** under **3.** Loss Settlement in forms **HQ-P03** and **HQ-P06**, and paragraph **3.** Loss Settlement in form **HQ-P04**:

**3. Loss Settlement.**

**a.** Property of the following types:

**(1) Eligible Property.** Covered losses to the following property are settled at replacement cost at the time of the loss:

**(a)** Property described in Property Coverage C – Personal Property; and

**(b)** Awnings, outdoor radio and television antennas and satellite dishes, if covered in this policy.

**(2) Eligible Property with form HQ-61B.** Covered losses to the following Classes of Personal Property are settled at replacement cost at the time of the loss if Valuable Items Plus Coverage form **HQ-61B** is part of your policy and a limit of liability is shown in the Declarations for that Class of Personal Property:

**(a)** Jewelry, including articles of personal adornment composed at least partially of silver, gold, platinum or other precious metals or alloys, whether or not containing pearls, jewels or precious or semi-precious stones.

This does not include bullion, gold, silver and other precious metals or unmounted gems;

**(b)** Silverware, including:

**(i)** Silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware; and

**(ii)** Flatware, holloware, tea sets, trays and trophies made of or including silver, gold, platinum or pewter.

This does not include pens, pencils, flasks, smoking implements or accessories or jewelry;

**(c)** Fine arts, including paintings, etchings, drawings, lithographs, photographs, sculptures and other bona fide works of art of rarity, historical value or artistic merit;

**(d)** Furs and garments trimmed with fur or consisting principally of fur;

**(e)** Computers, hardware, software, data storage media and related equipment;

**(f)** Firearms and related equipment;

**(g)** Cameras, projection machines and related articles of equipment;

**(h)** Musical instruments and related equipment; and

**(i)** China, ceramic ware or porcelain dinnerware and crystal comprised of clear, colorless glass.

**Replacement Cost Loss Settlement.** With respect to all property described under Eligible Property **3.a.(1)** and Eligible Property with form **HQ-61B 3.a.(2)**, we will pay no more than the least of the following amounts:

**(a)** Replacement cost at the time of loss without deduction for depreciation;

**(b)** The full cost of repair at the time of loss;

**(c)** The limit of liability that applies to Property Coverage C – Personal Property, if applicable;

**(d)** Any applicable Special Limits of Liability stated in this policy; or

**(e)** For loss to any Class of Personal Property described under Eligible Property **3.a.(2)(a)** through **3.a.(2)(i)**, the limit of liability that applies to the Class of Personal Property.

If the replacement cost for the property described above is more than $2,500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

You may make a claim for loss on an actual cash value basis and then make claim for any additional liability according to the provisions of this endorsement, provided you notify us of your intent to

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

repair or replace the damaged property within 6 months of the later of:

**(a)** The last date you received a payment for actual cash value; or

**(b)** The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement cost.

**(3) Ineligible Property.** Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace:

**(a)** Antiques and similar articles of rarity or antiquity which cannot be replaced;

**(b)** Memorabilia, souvenirs and similar articles whose age or history contribute to their value;

**(c)** Collectibles, including figurines, glassware, marble, porcelains, statuary and similar articles;

**(d)** Articles not maintained in good or workable condition; and

**(e)** Articles that are outdated or obsolete and are stored or not being used.

All other provisions of this policy apply.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## SPECIAL PROVISIONS – VIRGINIA

**This Endorsement Changes The Policy. Please Read It Carefully.**

In this policy, the following is added under any provision which used the term actual cash value:

Actual cash value means the amount equal to the replacement cost minus depreciation of damaged or stolen property at the time of the loss.

### POLICY CONDITIONS

**4. Cancellation** is replaced by the following:

**4. Cancellation.**

**a.** You may cancel this policy at any time by returning it to us or by letting us know of the date cancellation is to take effect.

**b.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice, stating the reasons for cancellation, may be delivered to you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. We will mail the cancellation notice to you in accordance with Virginia Law. Proof of mailing or electronic transmission will be sufficient proof of notice. We will retain a copy of the notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

**(1)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**(2)** When this policy has been in effect for less than 90 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

**(3)** When this policy has been in effect for 90 days or more, or at any time if it is a renewal with us, we may cancel for one or more of the following reasons:

**(a)** Conviction of a crime arising out of acts increasing the probability that a peril insured against will occur;

**(b)** Discovery of fraud or material misrepresentation;

**(c)** Willful or reckless acts or omissions increasing the probability that a peril insured against will occur as

determined from a physical inspection of the insured premises;

**(d)** Physical changes in the property which result in the property becoming uninsurable as determined from a physical inspection of the insured premises; or

**(e)** Foreclosure efforts by the secured party against the subject property covered by the policy that have resulted in the sale of property by a trustee under a deed of trust as duly recorded in the land title search of the jurisdiction in which the property is located.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**c.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**d.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**e.** When this policy is endorsed with:

| | | |
|---|---|---|
| **HQ-042** | Permitted Occupancies Residence Premises; | Incidental Coverage |
| **HQ-043** | Permitted Occupancies Other Residence; | Incidental Coverage |
| **HQ-071** | Business Coverage; | Pursuits |
| **HQ-03P** | Permitted Occupancies Coverage; or | Incidental Umbrella |
| **HQ-04P** | Business Pursuits Umbrella Coverage; | |

we may cancel for the reasons stated in:

**(1)** **4.b.(1)**, by letting you know in writing at least 15 days before the date cancellation takes effect; or

**(2)** **4.b.(2)** or **(3)** by letting you know in writing at least 45 days before the date cancellation takes effect.

© 2022 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

5.  **Nonrenewal** is replaced by the following:

5.  **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, electronically transmitting to you, if permissible by law, or mailing to you at your mailing address shown in the Declarations, written notice, together with our reason for nonrenewal at least 30 days before the expiration date of this policy. We will mail the nonrenewal notice to you in accordance with Virginia Law. Proof of mailing or electronic transmission will be sufficient proof of notice. We will retain a copy of the notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

If we offer to renew and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required renewal premium when due will mean that you have not accepted our offer.

When this policy is endorsed with:

| HQ-042 | Permitted Occupancies Residence Premises; | Incidental Coverage |
| HQ-043 | Permitted Occupancies Coverage Other Residence; | Incidental |
| HQ-071 | Business Pursuits Coverage; | |
| HQ-03P | Permitted Occupancies Coverage; or | Incidental Umbrella |
| HQ-04P | Business Pursuits Coverage; | Umbrella |

we may elect not to renew this policy by letting you know in writing at least:

a.  15 days before the expiration date of this policy when you have not paid the premium; or

b.  45 days before the expiration date of this policy for all other reasons.

All other provisions of this policy apply.

© 2022 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## ADDITIONAL REPLACEMENT COST PROTECTION COVERAGE

**This Endorsement Changes The Policy. Please Read It Carefully.**
(Applies only when loss to the dwelling exceeds the Property Coverage A
Limit of Liability shown in the Declarations)

### PROPERTY COVERAGE SECTION
### PROPERTY – CONDITIONS

If Functional Replacement Cost Loss Settlement form **HQ-825** is part of this policy, the defined term "functional replacement cost" replaces any reference to replacement cost in this Additional Replacement Cost Protection Coverage.

To the extent that coverage is provided, we agree to provide an additional amount of insurance under Property Coverage A only in accordance with the following provisions:

**A.** If you have:

1. Allowed us to adjust the Property Coverage A limit of liability and the premium in accordance with:

   **a.** The property evaluations we make; and

   **b.** Any increases in inflation; and

2. Notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling insured under Property Coverage A which increase the replacement cost of the dwelling by 5% or more;

   the provisions of this Additional Replacement Cost Protection Coverage will apply after a loss, provided you repair or replace the damaged dwelling.

**B.** If there is a loss to the dwelling insured under Property Coverage A that exceeds the Property Coverage A limit of liability shown in the Declarations, for purposes of settling only that loss to the dwelling:

1. We will provide an additional amount of insurance up to the percentage of Property Coverage A shown in the Declarations; and

2. The following replaces **3.** Loss Settlement, paragraph **b.**:

   **b.** The dwelling covered under Property Coverage A at replacement cost without deduction for depreciation, subject to the following:

   (1) We will pay the replacement cost without deduction for depreciation, but not more than the least of the following amounts:

**(a)** The limit of liability under this policy that applies to the dwelling covered under Property Coverage A, plus any additional amount of insurance provided under **B.1.** of the Additional Replacement Cost Protection Coverage form **HQ-420**;

**(b)** The replacement cost of that part of the dwelling damaged with materials of like kind and quality and for like use (or, if Functional Replacement Cost Loss Settlement form **HQ-825** is part of this policy, functionally equivalent materials and methods as defined in that endorsement); or

**(c)** The necessary amount actually spent to repair or replace the damaged dwelling.

If the dwelling is rebuilt at a new premises, the cost described in **b.(1)(b)** is limited to the cost which would have been incurred if the dwelling had been built at the original premises.

(2) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss, as noted in **B.2.b.(1)**.

If the replacement cost is less than $2,500, we will settle the loss as noted in **B.2.b.(1)** whether or not actual repair or replacement is complete.

(3) You may disregard Property – Condition **3.** Loss Settlement **b.** and make claim under this policy for loss to the dwelling on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us of your intent to repair or replace the

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

damaged dwelling within 6 months of the later of:

**(1)** The last date you received a payment for actual cash value; or

**(2)** The date of entry of a final order of a court of competent

jurisdiction declaring your right to replacement cost.

All other provisions of this policy apply.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

## Important Information About Flood Damage

Many people find out too late that their property is at risk of flooding, or that their property insurance does not cover flood damage.

> **YOUR TRAVELERS HOMEOWNERS POLICY <u>DOES NOT</u> COVER FLOOD LOSS TO YOUR HOME OR ITS CONTENTS.**

While we don't offer flood insurance, we believe it's up to you to decide if you need the specialized coverage it offers to help protect your home or condo.

**If you think you need flood insurance or want additional information:**

- Contact your insurance agent, GEICO INS AGENCY LLC at 800-841-3005.
- Learn about the National Flood Insurance Program at <u>floodsmart.gov</u> or call 877-336-2627.
- Even if you already have a flood policy, you may want to ensure it is up to date.

**Please note that contents coverage may be available with a flood policy for an additional premium.**

This information is intended for general education purposes only. All statements herein are subject to the provisions, exclusions and conditions of the applicable policy. For an actual description of all coverages, terms and conditions, refer to the insurance policy.

# PRIVACY NOTICE

## Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| What type of information do we collect? | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following: |
|---|---|
| | • Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others. |
| | • Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers. |
| | • Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection. |
| | • Information from government agencies or independent reporting companies. |
| | • Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s). |
| | • In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor. |

| | |
|---|---|
| **How do we use your personal information?** | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law. |
| | Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information. |
| | When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| **How do we share your personal information?** | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent. |
| | We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others. |
| | We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| **How do we protect your personal information?** | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

| | |
|---|---|
| **How can I review and correct the personal information you have about me?** | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency. |
| | You may also see and copy the information we have, except for certain documents about claims and lawsuits. Additionally, you have the right to request correction, amendment or deletion of your recorded personal information. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments. |
| | For questions about the right of access or correction, amendment or deletion to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.

Last revised July 2020

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in full and will be billed by mail / email. Other charges that may apply include a $10.00 late charge and a $25.00 fee for payments returned by your bank.

To sign up for AutoPay or change your Bill Plan option, visit MyTravelers.com, Mobile App or contact your Travelers insurance representative or agent.

| Bill Plan | Monthly | Pay in Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $2.00 | No Charge |
| Recurring Credit Card (RCC) | $4.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

Late Charge: $10.00 per occurrence
Payments returned by your bank: $25.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

You have an option to enroll in an AutoPay EFT or RCC payment plan without registering for MyTravelers.com by visiting amp.travelers.com.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-800-841-3005.

Case 1:25-cv-02454-LKG Document 1-1 Filed 10/08/25 Page 60 of 101 PageID# 54

**Featherfall Restoration, LLC**
Company Headquarters
400 Chesterfield Center, STE 400
Chesterfield MO 63017

Support@CallFeatherfall.com
1.855.STORMFIX

**FEATHERFALL**
R E S T O R A T I O N

**DMV Area Office**
10770 Columbia Pike, STE 300
Silver Spring, MD 20901

**VA Class A License:**
RBC 2705-175297

*"When storms fall, Give us a call"* ™

# Assignment of Claim

**Insured:**

| | | | |
|---|---|---|---|
| **Name:** Hussain Raheem | | **Home Phone:** 303.598.1131 | |
| **Email:** hraheem@yahoo.com | | **Work Phone:** | |
| **Address:** 21046 Emerson Ct | | **Date:** 10/28/2024 \| 10:27:03 AM | |
| **City:** Sterling | | **State:** VA | **Zip:** 20164 |

**Loss Location:**

| | | |
|---|---|---|
| **Address:** 21046 Emerson Ct | **Date of Loss:** 8-29-2024 | |
| **City:** Sterling | **State:** VA | **Zip:** 20164 |
| **Insurance Carrier:** Travelers | **Claim #:** I9G6056 | |
| **Policy #:** 606621107-633-1 | | |

**1.** I the undersigned Insured ("Assignor") hereby authorize Featherfall Restoration, LLC to perform services as set out in the separately executed Work Authorization Agreement at the property located at the above-listed Loss Location address.

**2. Assignment of Claim:** In consideration of work and services being rendered or to be rendered by Featherfall Restoration, LLC pursuant to the separately executed Work Authorization Agreement, as well as any change orders thereafter, I the undersigned Insured ("Assignor") hereby irrevocably transfer, assign, and set over onto Featherfall Restoration, LLC ("Assignee") any and all insurance rights, benefits, proceeds, and any causes of action under applicable insurance policies for the above-mentioned claim. In this regard I waive my privacy rights.

I hereby unequivocally direct my insurance carrier to release any and all information requested by Featherfall Restoration, LLC, its representatives, and/or its attorney for the purpose of obtaining actual benefits to be paid by my insurance carrier for services rendered or to be rendered associated with the above-mentioned claim

**3. Direct Payment Authorization:** I hereby authorize and unequivocally direct payment of any claims benefits for services rendered or to be rendered by Featherfall Restoration, LLC to be made payable to Featherfall Restoration, LLC.

**Insured:** ___Hussain Raheem_____ / DocuSigned by: *Hussain Raheem*
"Assignor"          Printed                     ─ 367E910E8F Signature

**Featherfall Restoration, LLC:** ___Casey Hale____ / DocuSigned by: 
"Assignee"        Representative Name        ─ 807236B2B59C4C7... Signature

### Virginia Legal Notices

You, the buyer, may cancel the transaction at any time prior to midnight of the third business day. ___ DS *HR* Initial

Consumer is hereby notified of the existence of the Virginia Contractor Transaction Recovery Fund. The Virginia Contractor Transaction Recovery Fund provides relief to eligible consumers who have incurred losses through the improper and dishonest conduct of a licensed contractor. More information on the Fund or filing a claim can be obtained by visiting http://www.dpor.virginia.gov/Boards/Contractors_Recovery_Fund or by contacting the Board for claims information at the following address:
Recover Fund Office DPOR – 9960 Mayland Drive, Suite 400, Richmond, VA 23233
Phone: (804) 367-1559
Email: RecoveryFund@dpor.virginia.gov



EXHIBIT B



**Featherfall Restoration, LLC**
Company Headquarters
400 Chesterfield Center, STE 400
Chesterfield MO 63017

Estimating@CallFeatherfall.com
1.855.STORMFIX

**FEATHER**FALL
R E S T O R A T I O N

**DMV Area Office**
10770 Columbia Pike, STE 300
Silver Spring, MD 20901

**MD Contractor's License:**
MHIC #138265

**VA Class A License:**
RBC 2705-175297

# Final Claim Notice and Payment Request

Regarding:                                                                    Date: November 17, 2024

| Insured: Hussain Raheem | | |
|---|---|---|
| Insurance Carrier: Travelers | | Claim #: I9G6056 |
| Policy #: 606621107-633-1 | | Date of Loss: 8/29/2024 |
| Type of Policy: Homeowners | | Covered Peril: Hail&Wind |
| Insured Location: 21046 Emerson Ct | | |
| City: Sterling | State: VA | Zip: 20164 |

**To:**
**Travelers**
**PO BOX 660317**
**Dallas, TX, 75266**

Travelers ,

On or around 8/29/2024, the Insured Location, which we have an Assignment of Claim on, sustained a loss to the home due to a covered peril, specifically Hail&Wind. You have an insurance contract/policy agreement on the home.

The attached proof of loss packet contains documentation demonstrating clear physical loss to the home, namely the roof, siding, and various accessory items.

The policy **covers physical loss to the dwelling unless otherwise excluded** under the policy. The policy **does not contain an exclusion for Hail&Wind nor limits coverage for functional or cosmetic loss** caused by these perils. Therefore, a claim is being made for: **$114,803.26** Travelers has 15 days to make a coverage decision and 15 days to issue payment from the receipt of this letter for our loss.

We want to remind Travelers and its adjusters that their primary duty is to **fulfill Travelers's policy promise** for the loss. With the submission of this packet, we have satisfied our policy burden of showing that there is physical loss to the home. If Travelers disputes coverage for this claim in whole or in part, then **it is Travelers's responsibility to prove that all of the claimed loss included in this packet is excluded or pay the claim amount**.

Please promptly confirm receipt of this letter once received.



Page 1 of 8

## Virginia State Statutes

Virginia's state statutes state:

14 Va. Admin. Code § 5-400

**Section 40**

*Misrepresentation of policy provisions*

A. No insurer shall fail to fully disclose to a first party claimant all pertinent benefits, coverages, or other provisions of an insurance policy under which a claim is presented and document the claim file accordingly.

B. No person shall misrepresent benefits, coverages, or other provisions of any insurance policy when such benefits, coverages, or other provisions are pertinent to a claim.

C. No insurer shall deny a claim for failure of a first party claimant to submit to physical examination or for failure of the first party claimant to exhibit property unless there is documentation of breach of the policy provisions in the claim file.

D. No insurer shall deny a claim based on the failure of a claimant to give written notice of loss or give notice of loss within a specified period of time unless either or both requirements are policy conditions. If a policy requires a demonstration of prejudice for a claimant's failure to comply with a notice condition, an insurer shall not be relieved of its obligations under the policy unless the failure to comply with the notice condition prejudices the insurer's rights.

E. No insurer shall request a first party claimant to sign a release that extends beyond the subject matter that gave rise to the claim. An insurer shall not include with any payment or in any accompanying correspondence an indication that payment is "final" or "a release" of any claim unless the policy limit has been paid or a compromise settlement has been agreed to by the first party claimant.

F. No insurer shall issue a payment in partial settlement of a loss or claim for a specific coverage that contains language purporting to release the insurer or its insured from total liability.

**Section 50**

*Acknowledgment of pertinent communications*

A. An insurer, upon receiving notification of a claim shall, within 15 calendar days, acknowledge the receipt of such notice to the claimant unless payment is made within such period of time, except that if a provider submits a claim, acknowledgment of the claim is satisfied if payment or denial of the claim is made to the provider within 21 calendar days. If an acknowledgment is made by means other than writing, an appropriate notation of such acknowledgment shall be made in the claim file of the insurer and dated. Notification given by a claimant to an agent of an insurer shall be notification to the insurer.

C. An appropriate reply shall be made within 15 calendar days on all other pertinent communications from a claimant that reasonably suggest that a response is expected.

D. Upon receiving notification of a claim, an insurer shall promptly provide necessary claim forms, instructions, and reasonable assistance in order for the claimant to comply with the applicable policy conditions and the insurer's reasonable requirements.

**Section 60**

*Standards for prompt investigation of claims*

A. Within 15 calendar days after receipt by the insurer of any required properly executed proof of loss, a first party claimant shall be advised of the acceptance or denial of the claim by the insurer. If the insurer needs more time to determine whether a claim should be accepted or denied, it shall notify the first party claimant within 15 calendar days after receipt of the proof of loss giving the reasons more time is needed.

B. If an investigation of a first party claim has not been completed, an insurer shall, within 45 calendar days from the date of the notification of a first party claim and every 45 calendar days thereafter, send to the first party claimant a written notice setting forth the reasons additional time is needed for investigation.

**Section 70**

*Claims settlement standards applicable to all insurers*

A. Any denial of a claim shall be given to a claimant in writing and the claim file of the insurer shall contain a copy of the denial.

B. An insurer shall provide a reasonable written explanation of the basis for any claim denial. The written explanation shall provide a specific reference to a policy provision, condition, or exclusion, if any.

C. An insurer shall not deny a first party claim on the basis that responsibility for payment should be assumed by others except as may otherwise be provided by policy provisions.

D. In any case where there is no dispute as to coverage or liability, an insurer shall offer to a first party claimant an amount that is fair and reasonable as shown by the investigation of the claim, provided the amount so offered is within policy limits and in accordance with policy provisions.

E. An insurer shall not unreasonably refuse to pay any claim in accordance with the provisions of the policy.

**Section 90**

*Claims settlement standards applicable to property policies*

When an insurer prepares an estimate of the cost of repairs to property, the estimate shall be an amount for which the damage may reasonably be expected to be satisfactorily repaired. The insurer shall give a copy of the estimate to the claimant.

## § 38.2-510. Unfair claim settlement practices.

A. No person shall commit or perform with such frequency as to indicate a general business practice any of the following:

1. Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue;

2. Failing to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies;

3. Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies;

4. Refusing arbitrarily and unreasonably to pay claims;

5. Failing to affirm or deny coverage of claims within a reasonable time after proof of loss statements have been completed;

6. Not attempting in good faith to make prompt, fair and equitable settlements of claims in which liability has become reasonably clear;

7. Compelling insureds to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in actions brought by such insureds;

8. Attempting to settle claims for less than the amount to which a reasonable man would have believed he was entitled by reference to written or printed advertising material accompanying or made part of an application;

9. Attempting to settle claims on the basis of an application that was altered without notice to, or knowledge or consent of, the insured;

10. Making claims payments to insureds or beneficiaries not accompanied by a statement setting forth the coverage under which payments are being made;

11. Making known to insureds or claimants a policy of appealing from arbitration awards in favor of insureds or claimants for the purpose of compelling them to accept settlements or compromises less than the amount awarded in arbitration;

12. Delaying the investigation or payment of claims by requiring an insured, a claimant, or the physician of either to submit a preliminary claim report and then requiring the subsequent submission of formal proof of loss forms, when both contain substantially the same information;

13. Failing to promptly settle claims where liability has become reasonably clear, under one portion of the insurance policy coverage in order to influence settlements under other portions of the insurance policy coverage;

14. Failing to promptly provide a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for denial of a claim or for the offer of a compromise settlement;

**§ 38.2-517. Unfair settlement practices; replacement and repair; penalty.**

A. No person shall:

1. Require an insured or claimant to utilize designated replacement or repair facilities or services, or the products of designated manufacturers, as a prerequisite to settling or paying any claim arising under a policy or policies of insurance;

2. Engage in any act of coercion or intimidation causing or intended to cause an insured or claimant to utilize designated replacement or repair facilities or services, or the products of designated manufacturers, in connection with settling or paying any claim arising under a policy or policies of insurance;

4. Fail to disclose to the insured or claimant, at such time as the insurer or its third party representative recommends the use of a designated motor vehicle replacement or repair facility or service, or products of a designated manufacturer, in connection with settling or paying any claim arising under a policy or policies of insurance, that the insured or claimant is under no obligation to use the replacement or repair facility or service or products of the manufacturer recommended by the insurer or by a representative of the insurer;

5. Fail to disclose to the insured or claimant, at such time as it or its third party representative recommends the use of a designated motor vehicle replacement or repair facility in connection with settling or paying any claim arising under a policy or policies of insurance, that the insurer or its third party representative has a financial interest in such replacement or repair facility, if the insurer or its third party representative has such an interest; or

6. Engage in the practice of capping. As used in this subdivision, "capping" means the setting of arbitrary and unreasonable limits on what an insurer will allow as reimbursement for paint and materials.

**Included with this packet is:**

- A sworn proof of loss
- Notice of Assignment of Claim
- Itemized estimate of the loss
- Photos of the claimed damages
- Causation and Investigation report from Pirmoz Structural Engineering indicating Hail&Wind damage to the home
- Storm Data indicating Hail&Wind activity at the home

The coverages which are owed to us on this claim are outlined below:

**$114,803.26 (actual loss value) -$00,000.00 (paid) =**              **$114,803.26 (owed)**

Travelers has **15 days** from receipt of this notice to respond with proper indemnification for our loss

### 14 Va. Admin. Code § 5-400 Section 60
*Standards for prompt investigation of claims*

A. Within 15 calendar days after receipt by the insurer of any required properly executed proof of loss, a first party claimant shall be advised of the acceptance or denial of the claim by the insurer.

### LOSS PAYMENT PROVISION
Loss will be payable 60 days after we receive your proof of loss and:
**a.** Reach an agreement with you;
**b.** There is an entry of a final judgment; or
**c.** There is a filing of an appraisal award with us.

If there is anything else needed to issue payment, please let us know promptly what other documentation Travelers needs in order to approve and issue payment for the loss in full

Sincerely,

**Kayla Cain**   *Estimating Team*
PIA – MD/VA

Featherfall Restoration
10770 Columbia Pike, STE 300
Silver Spring, MD 20901
**Cell**: 314.300.6310



# Sworn Statement in
# **Proof of Loss**
(Please Type or Print)

Insured: Hussain Raheem
Claim Number: I9G6056
Date of Loss/Date of Discovery: 8/29/2024

Time of Loss: 12:00 PM
Cause of Loss: Hail&Wind

Mailing address: 10770 Columbia Pike STE 300, Silver Spring, MD 20901
Address of Loss: 21046 Emerson Ct, Sterling, VA, 20164
Phone Number: 1-855-786-7634

## Policy Information

| |
|---|
| Insurance Provider: Travelers |
| Policy Number: 606621107-633-1 |

| Is there any other insurance which may cover this loss? If Yes, Name and Address of InsuranceCompany    Yes    (No) | Policy Number |
|---|---|

Are you the sole owner of the property involved in this loss?    Yes    (No)
If No, name of other parties that have an interest in the property:  (mortgage, lien)

Flagstar Bank

Have there been any changes in Title or Occupancy of the property during the term of the policy? If Yes please describe:
Yes    (No)

Page 1 of 3

# Loss Information

Description of Loss: Hail & wind damage to exterior

| Property Description | ACV | RCV | Amount Claimed |
|---|---|---|---|
| Dwelling | $114,803.26 | $114,803.26 | $114,803.26 |
| Other Structures | $0.00 | $0.00 | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 |
| Additional Coverages | $0.00 | $0.00 | $0.00 |
| Additional Living Expense/Loss of Rent | $0.00 | $0.00 | $0.00 |
| Was the Police Department notified?<br>Yes    No    (N/A) | If Yes, Name and Location | Incident Number | Investigating Officer |
| Was the Fire Department Notified?<br>Yes    No    (N/A) | If Yes, Name and Location | Incident Number | Investigating Officer |

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or preparation of proofs by a representative of the Insured or of the Insurance Company is not a waiver of its rights.

I declare under the penalty of perjury that the information contained in the foregoing is true and correct to the best of my knowledge and belief. **Pursuant to POLICY LANGUAGE/STATE STATUTE, we are putting you on notice that this claim is to be paid within <u>15 days</u> of receipt of this notice.**

### LOSS PAYMENT PROVISION
Loss will be payable 60 days after we receive your proof of loss and:
a. Reach an agreement with you;
b. There is an entry of a final judgment; or
c. There is a filing of an appraisal award with us.

### 14 Va. Admin. Code § 5-400 Section 60
*Standards for prompt investigation of claims*

A. Within 15 calendar days after receipt by the insurer of any required properly executed proof of loss, a first party claimant shall be advised of the acceptance or denial of the claim by the insurer.

**Kayla Cain, on behalf of the assignee, Featherfall Restoration**

Insured Print Name: ____Kayla Cain_____ Insured Sign Name: _____

Date signed: __11/17/2024___

**The Insured(s) reserve the rights he/she/they may have under the policy, including, but not limited to, supplementing the claim/or filing additional Proofs of Loss, should cause arise. The Proof of Loss does not address hidden damages and does not include any unknown damages or complications or additional costs that may be associated with any repair/replacement of the damages to the insured property, including increase in constructions costs between the date of Proof of Loss submission and when replacement is completed. <u>If any part of this proof of loss does not comply with any policy conditions, you are hereby instructed to inform the PIA and insured(s) immediately of each deficiency and what is needed in order to correct the deficiencies, or those deficiencies will be considered waived.</u>**

## Featherfall

| | | | |
|---|---|---|---|
| Insured: | Hussain Raheem | Home: | (303) 598-1131 |
| Property: | 21046 Emerson Ct | | |
| | Sterling, VA 20164 | | |

| | | | |
|---|---|---|---|
| Estimator: | Featherfall Estimating Team | Business: | (855) 786-7634 x 4 |
| Business: | 400 Chesterfield Center, STE 400 | E-mail: | Estimating@CallFeatherfall.com |
| | Chesterfield, MO 63017 | | |

| | | | |
|---|---|---|---|
| Reference: | | Business: | (866) 336-2077 |
| Company: | Travelers | | |
| Business: | PO BOX 660317 | | |
| | Dallas, TX 75266 | | |

**Claim Number:** I9G6056          **Policy Number:** 606621107-633-1          **Type of Loss:** Hail & wind damage to exterior

| | | | | |
|---|---|---|---|---|
| Date of Loss: | 8/29/2024 12:00 PM | Date Received: | | |
| Date Inspected: | | Date Entered: | 4/9/2023 12:00 AM | |

| | |
|---|---|
| Price List: | VAAR8X_NOV24 |
| | Restoration/Service/Remodel |
| Estimate: | HUSSAIN_RAHEEM |

**Featherfall**

---

### Incurred Cost of General Contractor Overhead & Profit

The value of contractor's overhead and profit has been included in the insurance premium payments. Courts have also said that regardless of whether an insured hires a general contractor or completes his own repairs, the insured would still be entitled to what was contracted for in the insurance policy: the actual cash value of the loss, which may include contractor's overhead and profit when a contractor may reasonably be used to make repairs. Source: *FC&S Brief, 2023: Overhead and Profit.*

**Featherfall Restoration does not employ laborers to perform restoration work. Featherfall Restoration subcontracts all repair work to specialty contractors.**

**General Overhead** are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business.

Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising.

**General Overhead** expenses are not included in Xactware's unit pricing but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P.

**Profit** is typically added to the cost of a construction-related job to allow the entity performing the work to grow its company through reinvestment.

### Incurred Cost of Supervision / Project Management Hours

Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor. Examples (including but not limited to): Project managers, on-site portable offices and restroom facilities, temporary power and fencing, security if needed, etc.

**Job-Related Overhead** expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items or creating your own miscellaneous items. Source: *Xactware White Paper: Overhead and Profit*

### Pre-existing conditions at time of loss, hidden damages and replacement materials

This estimate is prepared based on the visible conditions of the property and the materials present at the time of loss. We reserve all rights, including supplementation of the job for additional scope of work should cause arise. The estimate does not address hidden or unknown damages, and does not include additional costs for complications that may be associated with any repair/replacement of damages to the property, including increase in construction costs between the date of this estimate submission and when our work is completed. In the course of repairing the property, we will be replacing the aluminium siding with vinyl of comparable quality. The homeowner may elect to replace existing material with materials of comparable quality, including replacing wood shake roofing with various other roofing of comparable quality. Our estimate does not include contingencies for materials price increases or variations, nor additional labor which may be required, nor unforeseen conditions that may arise after the repair/replacement work has started.

### Incurred Cost of Labor Minimum Charges

Small jobs performed by subcontractors may require a minimum number of hours or cost to cover the known drive-time, setup time, and applicable administrative costs as well as time needed to perform the repair. Labor minimums are separate from base service charges.

### Labor Minimum vs. Base Service Charges

The key distinction between a labor minimum and a service charge is that the minimum charge includes time (labor) needed to actually perform the work while the service charge does not. Service charges, as defined, include only the drive-time and mobilization fees which are applied in many cases regardless of the amount of work being done. Minimum charges on the other hand, are no longer needed as the amount of labor required to perform the task exceeds the required minimum hours or cost.

Featherfall

**2021 Virginia Existing Building Code (VEBC) PART 2—ADMINISTRATION AND ENFORCEMENT**

**SECTION 102 PURPOSE AND SCOPE**
**102.2.2 Reconstruction, alteration, or repair in Group R-5 occupancies.** Compliance with this section shall be an acceptable alternative to compliance with this code at the discretion of the owner or owner's agent. The VCC may be used for the reconstruction, alteration, or repair of Group R-5 buildings or structures subject to the following criteria:

**2021 Virginia Construction Code (VCC) Chapter 1 —ADMINISTRATION**

**SECTION 106 POWERS AND DUTIES OF THE BUILDING OFFICIAL**
**106.1 Powers and duties, generally.** The building official shall enforce this code as set out herein and as interpreted by the State Review Board.

**SECTION 108 APPLICATION FOR PERMIT**
**108.2 Exemptions from application for permit.** Notwithstanding the requirements of Section 108.1, application for a permit and any related inspections shall not be required for the following; however, this section shall not be construed to exempt such activities from other applicable requirements of this code. In addition, when an owner or an owner's agent requests that a permit be issued for any of the following, then a permit shall be issued and any related inspections shall be required.

**SECTION 112 WORKMANSHIP, MATERIALS AND EQUIPMENT**
**112.1 General.** It shall be the duty of any person performing work covered by this code to comply with all applicable provisions of this code and to perform and complete such work so as to secure the results intended by the USBC.

**SECTION 115 VIOLATIONS**
**115.1 Violation a misdemeanor; civil penalty**. In accordance with § 36-106 of the Code of Virginia, it shall be unlawful for any owner or any other person, firm or corporation, on or after the effective date of any code provisions, to violate any such provisions.

**2021 Virginia Residential Code (VRC) PART 1—ADMINISTRATION**

**SECTION 104 ENFORCEMENT, GENERALLY**
**104.1 Scope of enforcement.** This section establishes the requirements for enforcement of the USBC in accordance with § 36-105 of the Code of Virginia. Enforcement of the provisions of the USBC for construction and rehabilitation shall be the responsibility of the local building department.

**SECTION 106 POWERS AND DUTIES OF THE BUILDING OFFICIAL**
**106.1 Powers and duties, generally.** The building official shall enforce this code as set out herein and as interpreted by the State Review Board.

**SECTION 108 APPLICATION FOR PERMIT**
**108.2 Exemptions from application for permit.** Notwithstanding the requirements of Section 108.1, application for a permit and any related inspections shall not be required for the following; however, this section shall not be construed to exempt such activities from other applicable requirements of this code. In addition, when an owner or an owner's agent requests that a permit be issued for any of the following, then a permit shall be issued and any related inspections shall be required.

**SECTION 112 WORKMANSHIP, MATERIALS AND EQUIPMENT**
**112.1 General.** It shall be the duty of any person performing work covered by this code to comply with all applicable provisions of this code and to perform and complete such work so as to secure the results intended by the USBC.

**SECTION 115 VIOLATIONS**
**115.1 Violation a misdemeanor; civil penalty**. In accordance with § 36-106 of the Code of Virginia, it shall be unlawful for any owner or any other person, firm or corporation, on or after the effective date of any code provisions, to violate any such provisions.

## Featherfall

**HUSSAIN_RAHEEM**

**Dwelling**

**Roof**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ROOFING & UNDERLAYMENT** | | | | | | | |
| **1. Remove Laminated - Premium grd - comp. shingle rfg. - w/out felt** | 16.01 SQ | | 182.60 | 0.00 | 0.00 | 730.85 | 3,654.28 |
| *labor rate set to RFG* | | | | | | | |
| **2. Remove Hip / Ridge cap - composition shingles** | 39.25 LF | | 3.45 | 0.00 | 0.00 | 33.85 | 169.26 |

> Includes: Ridge cap, roofing nails, and installation labor
> Quality: Precut ridge cap shingles
> *Line item accounts for additional labor time take to install 1SQ of cap vs 1SQ of field shingle on 3tab roof*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **3. Asphalt starter - peel and stick** | 212.75 LF | | 0.00 | 2.59 | 8.55 | 139.89 | 699.46 |

> *Line item accounts for additional labor time take to install 1SQ of starter vs 1SQ of field shingle*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **4. Ice & water barrier** | 788.40 SF | | 0.00 | 1.88 | 20.81 | 375.75 | 1,878.75 |

> **Ice & water shield quantity calculation**:
> 2 courses of ice and water required
>
> **Required by Virginia 2021 building codes:**
> VRC   R905.2.7   - Ice barrier
> VRC   R905.2.8.2 - Valleys

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **5. Roofing felt - 30 lb.** | 16.01 SQ | | 0.00 | 46.80 | 14.12 | 190.85 | 954.24 |

> 30lb felt used on steep roof install

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **6. Laminated - Premium grd - comp. shingle rfg. - w/out felt** | 17.67 SQ | | 0.00 | 376.13 | 200.97 | 1,711.80 | 8,558.99 |

> 10% of waste calculated for field shingle waste

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **7. Hip / Ridge cap - composition shingles** | 29.00 LF | | 0.00 | 5.44 | 2.71 | 40.12 | 200.59 |

> Includes: Ridge cap, roofing nails, and installation labor.
> Quality: Precut ridge cap shingles.
> *Line item accounts for additional labor time take to install 1SQ of cap vs 1SQ of field shingle on 3tab roof*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **8. Remove Additional charge for steep roof - 7/12 to 9/12 slope** | 15.76 SQ | | 49.11 | 0.00 | 0.00 | 193.50 | 967.47 |
| *labor rate set to RFG* | | | | | | | |

## Featherfall

**CONTINUED - Roof**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 9. Additional charge for steep roof - 7/12 to 9/12 slope | 17.33 SQ | | 0.00 | 56.53 | 0.00 | 244.92 | 1,224.58 |
| 10. Remove Additional charge for steep roof greater than 12/12 slope | 0.25 SQ | | 95.81 | 0.00 | 0.00 | 5.99 | 29.94 |
| *labor rate set to RFG | | | | | | | |
| 11. Additional charge for steep roof greater than 12/12 slope | 0.27 SQ | | 0.00 | 112.37 | 0.00 | 7.58 | 37.92 |
| 12. Remove Additional charge for high roof (2 stories or greater) | 14.28 SQ | | 18.56 | 0.00 | 0.00 | 66.26 | 331.30 |
| *labor rate set to RFG | | | | | | | |
| 13. Additional charge for high roof (2 stories or greater) | 15.70 SQ | | 0.00 | 24.97 | 0.00 | 98.00 | 490.03 |
| *labor rate set to RFG | | | | | | | |
| **CHIMNEY COVERS** | | | | | | | |
| 14. R&R High profile static wind ventilator - High grade | 1.00 EA | | 31.57 | 205.24 | 9.08 | 61.48 | 307.37 |
| *labor rate set to RFG | | | | | | | |
| **FLASHINGS &  VENTILATION** | | | | | | | |
| 15. R&R Flashing - pipe jack - lead | 1.00 EA | | 24.73 | 92.12 | 3.10 | 29.99 | 149.94 |
| *labor rate set to RFG | | | | | | | |
| Required by Virginia 2021 building codes: VRC  R908.5  - Reinstallation of materials  VRC  R908.6  - Flashings | | | | | | | |
| 16. R&R Flashing - pipe jack - split boot | 1.00 EA | | 27.79 | 95.36 | 3.03 | 31.54 | 157.72 |
| *labor rate set to RFG | | | | | | | |
| Required by Virginia 2021 building codes: VRC  R908.5  - Reinstallation of materials  VRC  R908.6  - Flashings | | | | | | | |
| 17. R&R Continuous ridge vent - shingle-over style | 1.00 LF | | 2.96 | 12.36 | 0.34 | 3.91 | 19.57 |
| *labor rate set to RFG | | | | | | | |
| 18. Roof mount power attic vent - Detach & reset | 1.00 EA | | 0.00 | 214.02 | 0.00 | 53.50 | 267.52 |

## Featherfall

### CONTINUED - Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to RFG* | | | | | | | |
| 19. R&R Furnace vent - rain cap and storm collar, 5" | 1.00 EA | | 39.80 | 109.89 | 2.37 | 38.02 | 190.08 |
| *labor rate set to RFG* | | | | | | | |
| 20. R&R Chimney flashing - average (32" x 36") | 1.00 EA | | 65.87 | 506.85 | 6.75 | 144.88 | 724.35 |
| *labor rate set to RFG* | | | | | | | |

      **Required by Virginia 2021 building codes:**
      VRC  R908.5   - Reinstallation of materials
      VRC  R908.6   - Flashings

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 21. Step flashing | 1.00 LF | | 0.00 | 12.46 | 0.13 | 3.15 | 15.74 |
| *labor rate set to RFG* | | | | | | | |

      **Required by Virginia 2021 building codes:**
      VRC  R908.5   - Reinstallation of materials
      VRC  R905.2.8.3 - Sidewall flashing
      VRC  R908.6   - Flashings

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 22. Siding - Labor Minimum | 1.00 EA | | 0.00 | 443.87 | 0.00 | 110.97 | 554.84 |

      Detach and reset siding to install roof flashings

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 23. R&R Flashing - L flashing - galvanized | 1.00 LF | | 2.06 | 5.79 | 0.15 | 2.01 | 10.01 |
| *labor rate set to RFG* | | | | | | | |

      **Required by Virginia 2021 building codes:**
      VRC  R908.5   - Reinstallation of materials
      VRC  R905.2.8.4 - Other flashing
      VRC  R908.6   - Flashings

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 24. Prime & paint roof accesories | EA | | 0.00 | 72.42 | 0.00 | 0.00 | 0.00 |
| *labor rate set to RFG* | | | | | | | |
| 25. R&R Counterflashing - Apron flashing | LF | | 2.06 | 12.49 | 0.00 | 0.00 | 0.00 |
| *labor rate set to RFG* | | | | | | | |

      To counterflash masonry sidewall or headwall flashings

      **Required by Virginia 2021 building codes:**
      VRC  R908.5   - Reinstallation of materials
      VRC  R905.2.8.3 - Sidewall flashing
      VRC  R908.6   - Flashings

### ADDITIONAL & MISC

## Featherfall

### CONTINUED - Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 26. Solar electric panel - Detach & reset | 1.00 EA | | 0.00 | 4,500.00 | 0.00 | 1,125.00 | 5,625.00 |

**INSTALLATION NOTE:**
Roofing installations require walking on sheathing attached to structural framing and hammering nails into the roof decking to properly install

This activity causes unavoidable vibrations on every job, regardless of care.

While uncommon, *(more common for cathedral ceilings),* these vibrations can cause unavoidable damage to drywall on the interior of the home because the vibrations may cause the interior drywall fasteners to work their way out of the framing as it vibrates from the installation work

Skylight removal may also cause damage to drywall in the ceiling. or need to retrofit the skylight opening due to caulking, sizing incompatibility, or limitations

A contractor is not liable for these damages because they have no way to prevent or mitigate these issues from occurring

This drywall repair item will remain **OPEN** to be paid if additional damage occurs during installation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 27. Drywall Repair | 1.00 EA | | | | | | **AS INCURRED** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Roof | | | | | 272.11 | 5,443.81 | 27,218.95 |

### Gutters / Fascia / Soffit

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **GUTTERS / GUARDS** | | | | | | | |
| 28. R&R Gutter - aluminum - up to 5" | 79.82 LF | | 1.63 | 11.39 | 25.10 | 266.10 | 1,330.46 |
| *labor rate set to SDG* | | | | | | | |
| 29. Prime & paint gutter | 79.82 LF | | 0.00 | 3.28 | 1.34 | 65.78 | 328.93 |
| *labor rate set to SDG* | | | | | | | |
| 30. Gutter guard/screen - High grade - Detach & reset | 79.82 LF | | 0.00 | 15.92 | 0.00 | 317.68 | 1,588.41 |
| 31. Prime & paint downspout | 62.15 LF | | 0.00 | 3.28 | 1.04 | 51.23 | 256.12 |
| *labor rate set to SDG* | | | | | | | |
| Existing downspouts are painted *See attached photos* | | | | | | | |
| 32. Detach & Reset Downspout - aluminum - up to 5" - Detach & reset | 62.15 LF | 7.17 | 0.00 | 0.00 | 0.00 | 111.40 | 557.02 |

## Featherfall

### CONTINUED - Gutters / Fascia / Soffit

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Detach and reset downspouts so siding can be replaced | | | | | | | |
| Totals: Gutters / Fascia / Soffit | | | | | 27.48 | 812.19 | 4,060.94 |

### Front Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **SIDING & COMPONENTS** | | | | | | | |
| **33. Remove House wrap (air/moisture barrier)** | **239.00 SF** | | **0.15** | **0.00** | **0.00** | **8.97** | **44.82** |
| *labor rate set to SDG* | | | | | | | |
| **34. Rigid foam insulation board - 1/2"** | **239.00 SF** | | **0.00** | **1.50** | **10.18** | **92.18** | **460.86** |
| *labor rate set to SDG* | | | | | | | |

**Required by Virginia 2021 building codes:**
VEBC 601.4   - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.7  - Climate zones – County climate zone is 4A
VRC  N1101.11 - Installation – Follow manufacture instructions
VRC  N1102.1  - General – Thermal envelope shall comply
VRC  N1102.1.3 - Insulation – Wood frame walls R-value
VRC  N1102.1.4 - R-value computation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **35. Moisture protection - vapor barrier seam tape** | **239.00 SF** | | **0.00** | **0.32** | **0.43** | **19.22** | **96.13** |
| *labor rate set to SDG* | | | | | | | |
| *to tape the rigid insulation seams | | | | | | | |
| **36. Reflective multi-layer foil insulation - R-7+** | **239.00 SF** | | **0.00** | **1.34** | **8.32** | **82.15** | **410.73** |

Featherfall

## CONTINUED - Front Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to SDG* | | | | | | | |

*See Manufacture's installation instructions*
House wrap must be overlapped 6" to 12" around outside corner
House wrap must be installed directly over window and door openings,
then cut to expose unit, then taped along perimeter of openings.

**Required by Virginia 2021 building codes:**
VEBC 601.4      - Energy Conservation - alterations to an existing residential building shall conform to
                  the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.7   - Climate zones – County climate zone is 4A
VRC  N1101.11  - Installation – Follow manufacture instructions
VRC  N1102.1   - General – Thermal envelope shall comply
VRC  N1102.1.3 - Insulation – Wood frame walls R-value
VRC  N1102.1.4 - R-value computation
VRC  R703.1      - General – Exterior walls shall have weather barrier
VRC  R703.2      - Water-resistive barrier – Must wrap all joints 6 inches

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 37. R&R Siding - aluminum (.024 thickness) | 239.00 SF | | 1.54 | 11.29 | 96.22 | 790.65 | 3,953.24 |

*labor rate set to SDG*

| 38. R&R Metal Z flashing / drip cap | 79.32 LF | | 1.92 | 3.83 | 3.52 | 114.90 | 574.51 |

*labor rate set to SDG*

Flashing to waterproof windows/doors/Wood Trim/ Porch - Deck - Stairs (PDS)
**\*Pre-existing on home**

Calculations:
**Windows:** 30in+30in+30in+30in+30in+30in = 180 in = **15 LF**
**Doors**: 4.5+8 = **12.5 LF**
**Wood Trim**:  12.66+32.16 = **45.32 LF**
**PDS**:  6.5 = **6.5 LF**

**Required by Virginia 2021 building codes:**
 **VRC R703.4**    - Flashing
1. Exterior window and door openings
1.1. The fenestration manufacturer's installation and flashing instructions
4. Continuously above all projecting wood trim.
5. Where exterior porches, decks or stairs attach to a wall or floor assembly of wood-frame construction.
**VRC R703.4.1**  - Flashing installation at exterior window and door openings.

| 39. Flashing - Sill flashing - moldable tape | 94.07 LF | | 0.00 | 12.88 | 15.47 | 306.77 | 1,533.86 |

## Featherfall

### CONTINUED - Front Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

*labor rate set to SDG*

To properly seal windows / doors entering into conditioned living space during siding R&R
See attached Tyvek housewrap installation instructions and diagrams.

\*See Manufacture's installation instructions\*
House wrap must be overlapped 6" to 12" around outside corner
House wrap must be installed directly over window and door openings,
then cut to expose unit, then taped along perimeter of openings.

\*Calculations per window / door\*
**Windows:** 90in + 90in + 79in + 79in + 46in + 79 in + 79in = 557 in = 46.42 LF
 **Doors:** 24.82+22.83 = 47.65 LF

**Required by Virginia 2021 building codes:**
  VEBC 601.4        - Energy Conservation - alterations to an existing residential building shall conform to
                             the Virginia Residential Code (VRC) as they relate to new construction
  VRC  N1101.11   - Installation – Follow manufacture instructions
  VRC  N1102.1     - General – Thermal envelope shall comply
  VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| 40. Caulking - silicone | 129.07 LF | | 0.00 | 4.63 | 2.56 | 150.04 | 750.19 |
|---|---|---|---|---|---|---|---|

**\*Pre-existing on home**
\*See attached photos\*
\*Caulking not included in siding R&R line item

Caulking necessary where siding meets window/door trim, inside corners, and masonry walls per
manufacturer's installation guidelines.
\*See attached manufacturer's installation instructions\*

\*Calculations\*
**Windows/Doors:** 47.65+46.42 = **94.07 LF**
**Corner/Frieze Trim:** 11.08 = **11.08 LF**
**Masonry:** 6.6+13+2.16+2.16 = **23.92 LF**

**Required by Virginia 2021 building codes:**
  VEBC 601.4        - Energy Conservation - alterations to an existing residential building shall conform to
                             the Virginia Residential Code (VRC) as they relate to new construction
  VRC  N1101.11   - Installation – Follow manufacture instructions
  VRC  N1102.1     - General – Thermal envelope shall comply
  VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| 41. R&R Custom bent aluminum (PER LF) Corner Trim / Frieze Board / Misc | 29.32 LF | | 8.15 | 30.60 | 6.54 | 285.67 | 1,428.36 |
|---|---|---|---|---|---|---|---|

*labor rate set to SDG*

For custom bend aluminum on outside trim
smooth faced from coil stock custom formed on sheet metal brake.
\*See attached photos\*

\*Calculations\*
**Corner Trim:** 17.16+7+5.16 = **29.32 LF**

| 42. R&R Wrap wood window frame & trim with aluminum sheet - Small | 7.00 EA | | 93.02 | 191.90 | 18.96 | 503.35 | 2,516.75 |
|---|---|---|---|---|---|---|---|

Featherfall

**CONTINUED - Front Elevation**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to SDG* | | | | | | | |
| **DETACH & RESET** | | | | | | | |
| 43. Shutters - Detach & reset | 6.00 EA | | 0.00 | 57.34 | 0.00 | 86.01 | 430.05 |
| 44. Clean shutter | 6.00 EA | | 0.00 | 31.19 | 0.03 | 46.78 | 233.95 |
| *labor rate set to SDG* | | | | | | | |
| 45. Exterior light fixture - Detach & reset | 2.00 EA | | 0.00 | 115.66 | 0.00 | 57.83 | 289.15 |
| 46. Siding Installer - per hour | 0.50 HR | | 0.00 | 147.81 | 0.00 | 18.48 | 92.39 |
| *labor rate set to SDG* | | | | | | | |

       Additional labor to detach and reset hose reel
       *See attached photos*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **WINDOWS & DOORS** | | | | | | | |
| 47. R&R Window screen, 10 - 16 SF | 6.00 EA | | 12.31 | 64.22 | 19.74 | 119.73 | 598.65 |
| *labor rate set to SDG* | | | | | | | |
| **ADDITIONAL & MISC** | | | | | | | |
| 48. Two ladders with jacks and plank (per day) | 1.00 DA | | 0.00 | 130.33 | 0.00 | 32.58 | 162.91 |
| 49. Pump jack system (per day) | 1.00 DA | | 0.00 | 116.25 | 0.00 | 29.07 | 145.32 |
| - Ladder jacks required for two story elevation access. | | | | | | | |
| 50. Siding Installer - per hour | 2.00 HR | | 0.00 | 147.81 | 0.00 | 73.90 | 369.52 |

  Additional labor for setup/take-down of ladder and jacks.
  Additional labor to complete repairs working from ladder and jacks

**INSTALLATION NOTE:**
Siding installations require hammering nails into the wall studs to properly hang the siding.
This hammering causes unavoidable vibrations on every job, regardless of care.

These vibrations can cause unavoidable damage to drywall on the interior of the home because the vibrations may cause the interior drywall fasteners to work their way out of the studs as the studs vibrate from the installation

A contractor is not liable for these damages because they must hammer the siding into place properly and have no way to prevent the vibrations

This item will remain **OPEN** to be paid if additional damage occurs during installation

## Featherfall

### CONTINUED - Front Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 51. Drywall Repair | 1.00 EA | | | | | | AS INCURRED |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Front Elevation | | | | | 181.97 | 2,818.28 | 14,091.39 |

### Right Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **SIDING & COMPONENTS** | | | | | | | |
| 52. Remove House wrap (air/moisture barrier) | 868.00 SF | | 0.15 | 0.00 | 0.00 | 32.55 | 162.75 |
| *labor rate set to SDG* | | | | | | | |
| 53. Rigid foam insulation board - 1/2" | 868.00 SF | | 0.00 | 1.50 | 36.98 | 334.75 | 1,673.73 |
| *labor rate set to SDG* | | | | | | | |

> **Required by Virginia 2021 building codes:**
> VEBC 601.4    - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
> VRC N1101.7   - Climate zones – County climate zone is 4A
> VRC N1101.11 - Installation – Follow manufacture instructions
> VRC N1102.1   - General – Thermal envelope shall comply
> VRC N1102.1.3 - Insulation – Wood frame walls R-value
> VRC N1102.1.4 - R-value computation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 54. Moisture protection - vapor barrier seam tape | 868.00 SF | | 0.00 | 0.32 | 1.56 | 69.83 | 349.15 |
| *labor rate set to SDG* | | | | | | | |
| *to tape the rigid insulation seams | | | | | | | |
| 55. Reflective multi-layer foil insulation - R-7+ | 868.00 SF | | 0.00 | 1.34 | 30.21 | 298.33 | 1,491.66 |

## Featherfall

### CONTINUED - Right Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to SDG* | | | | | | | |

*See Manufacture's installation instructions*
House wrap must be overlapped 6" to 12" around outside corner
House wrap must be installed directly over window and door openings,
then cut to expose unit, then taped along perimeter of openings.

**Required by Virginia 2021 building codes:**
VEBC 601.4       - Energy Conservation - alterations to an existing residential building shall conform to
                         the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.7   - Climate zones – County climate zone is 4A
VRC  N1101.11  - Installation – Follow manufacture instructions
VRC  N1102.1   - General – Thermal envelope shall comply
VRC  N1102.1.3 - Insulation – Wood frame walls R-value
VRC  N1102.1.4 - R-value computation
VRC  R703.1     - General – Exterior walls shall have weather barrier
VRC  R703.2     - Water-resistive barrier – Must wrap all joints 6 inches

| **56.  R&R Siding - aluminum (.024 thickness)** | **868.00 SF** | | **1.54** | **11.29** | **349.46** | **2,871.48** | **14,357.38** |
|---|---|---|---|---|---|---|---|

*labor rate set to SDG*

| **57.  R&R Attic vent - gable end - vinyl - Large** | **1.00 EA** | | **27.19** | **195.62** | **7.05** | **57.47** | **287.33** |
|---|---|---|---|---|---|---|---|

*labor rate set to SDG*

| **58.  Caulking - silicone** | **79.23 LF** | | **0.00** | **4.63** | **1.57** | **92.10** | **460.50** |
|---|---|---|---|---|---|---|---|

**\*Pre-existing on home**
*See attached photos*
*Caulking not included in siding R&R line item

Caulking necessary where siding meets window/door trim, inside corners, and masonry walls per
manufacturer's installation guidelines.
*See attached manufacturer's installation instructions*

*Calculations*
**Corner/Frieze Trim:** 7.75+7.16+5.16+21+21+17.16 = **79.23 LF**

**Required by Virginia 2021 building codes:**
VEBC 601.4       - Energy Conservation - alterations to an existing residential building shall conform to
                         the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.11  - Installation – Follow manufacture instructions
VRC  N1102.1   - General – Thermal envelope shall comply
VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| **59.  R&R Custom bent aluminum (PER LF) Corner Trim / Frieze Board / Misc** | **30.07 LF** | | **8.15** | **30.60** | **6.71** | **292.98** | **1,464.90** |
|---|---|---|---|---|---|---|---|

## Featherfall

### CONTINUED - Right Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to SDG* | | | | | | | |

For custom bend aluminum on outside trim smooth faced from coil stock custom formed on sheet metal brake. *See attached photos*

*Calculations*
**Corner Trim:** 17.16+7.75+5.16 = **30.07 LF**

#### DETACH & RESET

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **60. Meter base and main disconnect - Detach & reset** | 1.00 EA | | 0.00 | 477.93 | 0.00 | 119.48 | 597.41 |

Meter base is installed over existing siding and must be detached and reset to replace siding, insulation, and house wrap.

| **61. Special Systems - Electrician - per hour** | 1.00 HR | | 0.00 | 145.56 | 0.00 | 36.39 | 181.95 |

*labor rate set to SDG*

D&R communication panel and wire runs for siding replacement. *see attached photos*

#### ADDITIONAL & MISC

| **62. Two ladders with jacks and plank (per day)** | 1.00 DA | | 0.00 | 130.33 | 0.00 | 32.58 | 162.91 |
| **63. Pump jack system (per day)** | 1.00 DA | | 0.00 | 116.25 | 0.00 | 29.07 | 145.32 |

- Ladder jacks required for two story elevation access.

| **64. Siding Installer - per hour** | 2.00 HR | | 0.00 | 147.81 | 0.00 | 73.90 | 369.52 |

Additional labor for setup/take-down of ladder and jacks.
Additional labor to complete repairs working from ladder and jacks

**INSTALLATION NOTE:**
Siding installations require hammering nails into the wall studs to properly hang the siding.
This hammering causes unavoidable vibrations on every job, regardless of care.

These vibrations can cause unavoidable damage to drywall on the interior of the home because the vibrations may cause the interior drywall fasteners to work their way out of the studs as the studs vibrate from the installation

A contractor is not liable for these damages because they must hammer the siding into place properly and have no way to prevent the vibrations

This item will remain **OPEN** to be paid if additional damage occurs during installation

| **65. Drywall Repair** | 1.00 EA | | | | | | **AS INCURRED** |

## Featherfall

### CONTINUED - Right Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Right Elevation | | | | | 433.54 | 4,340.91 | 21,704.51 |

### Back Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **SIDING & COMPONENTS** | | | | | | | |
| **66. Remove House wrap (air/moisture barrier)** | 314.00 SF | | 0.15 | 0.00 | 0.00 | 11.78 | 58.88 |
| *labor rate set to SDG* | | | | | | | |
| **67. Rigid foam insulation board - 1/2"** | 314.00 SF | | 0.00 | 1.50 | 13.38 | 121.10 | 605.48 |
| *labor rate set to SDG* | | | | | | | |

> **Required by Virginia 2021 building codes:**
> VEBC 601.4    - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
> VRC  N1101.7  - Climate zones – County climate zone is 4A
> VRC  N1101.11 - Installation – Follow manufacture instructions
> VRC  N1102.1  - General – Thermal envelope shall comply
> VRC  N1102.1.3 - Insulation – Wood frame walls R-value
> VRC  N1102.1.4 - R-value computation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **68. Moisture protection - vapor barrier seam tape** | 314.00 SF | | 0.00 | 0.32 | 0.57 | 25.27 | 126.32 |
| *labor rate set to SDG* | | | | | | | |

> *to tape the rigid insulation seams

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **69. Reflective multi-layer foil insulation - R-7+** | 314.00 SF | | 0.00 | 1.34 | 10.93 | 107.92 | 539.61 |
| *labor rate set to SDG* | | | | | | | |

> *See Manufacture's installation instructions*
> House wrap must be overlapped 6" to 12" around outside corner
> House wrap must be installed directly over window and door openings,
> then cut to expose unit, then taped along perimeter of openings.

> **Required by Virginia 2021 building codes:**
> VEBC 601.4    - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
> VRC  N1101.7  - Climate zones – County climate zone is 4A
> VRC  N1101.11 - Installation – Follow manufacture instructions
> VRC  N1102.1  - General – Thermal envelope shall comply
> VRC  N1102.1.3 - Insulation – Wood frame walls R-value
> VRC  N1102.1.4 - R-value computation
> VRC  R703.1  - General – Exterior walls shall have weather barrier
> VRC  R703.2  - Water-resistive barrier – Must wrap all joints 6 inches

## Featherfall

### CONTINUED - Back Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 70.  R&R Siding - aluminum (.024 thickness) | 314.00 SF | | 1.54 | 11.29 | 126.42 | 1,038.76 | 5,193.80 |
| *labor rate set to SDG* | | | | | | | |
| 71.  R&R Metal Z flashing / drip cap | 50.14 LF | | 1.92 | 3.83 | 2.23 | 72.63 | 363.17 |
| *labor rate set to SDG* | | | | | | | |

Flashing to waterproof windows/doors/Wood Trim/ Porch - Deck - Stairs (PDS)
**\*Pre-existing on home**

Calculations:
**Windows:** 3.33+3.33+3.33+6.5+2.58+2.66+1.75 = **23.48 LF**
**Doors:** 3.66 = **3.66 LF**
**PDS:**  23 = **23 LF**
**Required by Virginia 2021 building codes:**
  **VRC R703.4**    - Flashing
1. Exterior window and door openings
1.1. The fenestration manufacturer's installation and flashing instructions
4. Continuously above all projecting wood trim.
5. Where exterior porches, decks or stairs attach to a wall or floor assembly of wood-frame construction.
  **VRC R703.4.1**   - Flashing installation at exterior window and door openings.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 72.  Flashing - Sill flashing - moldable tape | 124.32 LF | | 0.00 | 12.88 | 20.44 | 405.42 | 2,027.10 |
| *labor rate set to SDG* | | | | | | | |

To properly seal windows / doors entering into conditioned living space during siding R&R
See attached Tyvek housewrap installation instructions and diagrams.

\*See Manufacture's installation instructions\*
House wrap must be overlapped 6" to 12" around outside corner
House wrap must be installed directly over window and door openings,
then cut to expose unit, then taped along perimeter of openings.

\*Calculations per window / door\*
**Windows/Doors:** 3.58+53.94+12.66+23+12.32+18.82 = **124.32 LF**

**Required by Virginia 2021 building codes:**
  **VEBC 601.4**      - Energy Conservation - alterations to an existing residential building shall conform to
                    the Virginia Residential Code (VRC) as they relate to new construction
  VRC  N1101.11    - Installation – Follow manufacture instructions
  VRC  N1102.1      - General – Thermal envelope shall comply
  VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 73.  Caulking - silicone | 205.65 LF | | 0.00 | 4.63 | 4.07 | 239.06 | 1,195.29 |

**Featherfall**

**CONTINUED - Back Elevation**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *Pre-existing on home<br>*See attached photos*<br>*Caulking not included in siding R&R line item | | | | | | | |

Caulking necessary where siding meets window/door trim, inside corners, and masonry walls per manufacturer's installation guidelines.
*See attached manufacturer's installation instructions*

*Calculations*
**Windows/Doors:** Windows/Doors: 3.58+53.94+12.66+23+12.32+18.82

= 124.32 LF

**Corner/Frieze Trim:** 6.08+23.92+16.17 = 46.17 LF
**Masonry:** 6.25+2.08+9.25+9.25+2.08+6.25 = 35.16 LF

**Required by Virginia 2021 building codes:**
VEBC 601.4          - Energy Conservation - alterations to an existing residential building shall conform to
                    the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.11   - Installation – Follow manufacture instructions
VRC  N1102.1     - General – Thermal envelope shall comply
VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **74.  R&R Custom bent aluminum (PER LF) Corner Trim / Frieze Board / Misc** | 40.15 LF | | 8.15 | 30.60 | 8.96 | 391.19 | 1,955.96 |
| *labor rate set to SDG* | | | | | | | |

For custom bend aluminum on outside trim
smooth faced from coil stock custom formed on sheet metal brake.
*See attached photos*

*Calculations*
**Corner Trim:** 17.16+8.33+8.33+6.33 = **40.15 LF**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **75.  R&R Wrap wood window frame & trim with aluminum sheet - Small** | 8.00 EA | | 33.56 | 191.90 | 21.67 | 456.34 | 2,281.69 |
| *labor rate set to SDG* | | | | | | | |
| **76.  R&R Wrap wood door frame & trim with aluminum (PER LF)** | 17.49 LF | | 2.45 | 21.56 | 3.83 | 105.94 | 529.70 |
| *labor rate set to SDG* | | | | | | | |

**DETACH & RESET**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **77.  Exterior light fixture - Detach & reset** | 1.00 EA | | 0.00 | 115.66 | 0.00 | 28.92 | 144.58 |
| **78.  Exterior faucet / hose bibb - Detach & reset** | 1.00 EA | | 0.00 | 105.51 | 0.00 | 26.38 | 131.89 |
| **79.  Siding Installer - per hour** | 0.50 HR | | 0.00 | 147.81 | 0.00 | 18.48 | 92.39 |

## Featherfall

### CONTINUED - Back Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to SDG* | | | | | | | |
| Additional labor to detach and reset hose reel *See attached photos* | | | | | | | |
| **ADDITIONAL & MISC** | | | | | | | |
| **80. Two ladders with jacks and plank (per day)** | 1.00 DA | | 0.00 | 130.33 | 0.00 | 32.58 | 162.91 |
| **81. Pump jack system (per day)** | 1.00 DA | | 0.00 | 116.25 | 0.00 | 29.07 | 145.32 |
| - Ladder jacks required for two story elevation access. | | | | | | | |
| **82. Siding Installer - per hour** | 2.00 HR | | 0.00 | 147.81 | 0.00 | 73.90 | 369.52 |

Additional labor for setup/take-down of ladder and jacks.
Additional labor to complete repairs working from ladder and jacks

**INSTALLATION NOTE:**
Siding installations require hammering nails into the wall studs to properly hang the siding.
This hammering causes unavoidable vibrations on every job, regardless of care.

These vibrations can cause unavoidable damage to drywall on the interior of the home because the vibrations may cause the interior drywall fasteners to work their way out of the studs as the studs vibrate from the installation

A contractor is not liable for these damages because they must hammer the siding into place properly and have no way to prevent the vibrations

This item will remain **OPEN** to be paid if additional damage occurs during installation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **83. Drywall Repair** | 1.00 EA | | | | | | **AS INCURRED** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Back Elevation | | | | | 212.50 | 3,184.74 | 15,923.61 |

### Left Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **SIDING & COMPONENTS** | | | | | | | |
| **84. Remove House wrap (air/moisture barrier)** | 739.00 SF | | 0.15 | 0.00 | 0.00 | 27.72 | 138.57 |
| *labor rate set to SDG* | | | | | | | |
| **85. Rigid foam insulation board - 1/2"** | 739.00 SF | | 0.00 | 1.50 | 31.48 | 285.00 | 1,424.98 |

Featherfall

---

**CONTINUED - Left Elevation**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

*labor rate set to SDG*

**Required by Virginia 2021 building codes:**
VEBC 601.4    - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.7   - Climate zones – County climate zone is 4A
VRC  N1101.11  - Installation – Follow manufacture instructions
VRC  N1102.1    - General – Thermal envelope shall comply
VRC  N1102.1.3 - Insulation – Wood frame walls R-value
VRC  N1102.1.4 - R-value computation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **86. Moisture protection - vapor barrier seam tape** | 739.00 SF | | 0.00 | 0.32 | 1.33 | 59.45 | 297.26 |

*labor rate set to SDG*

      *to tape the rigid insulation seams

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **87. Reflective multi-layer foil insulation - R-7+** | 739.00 SF | | 0.00 | 1.34 | 25.72 | 254.00 | 1,269.98 |

*labor rate set to SDG*

    *See Manufacture's installation instructions*
House wrap must be overlapped 6" to 12" around outside corner
House wrap must be installed directly over window and door openings,
then cut to expose unit, then taped along perimeter of openings.

**Required by Virginia 2021 building codes:**
VEBC 601.4    - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.7   - Climate zones – County climate zone is 4A
VRC  N1101.11  - Installation – Follow manufacture instructions
VRC  N1102.1    - General – Thermal envelope shall comply
VRC  N1102.1.3 - Insulation – Wood frame walls R-value
VRC  N1102.1.4 - R-value computation
VRC  R703.1     - General – Exterior walls shall have weather barrier
VRC  R703.2     - Water-resistive barrier – Must wrap all joints 6 inches

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **88. R&R Siding - aluminum (.024 thickness)** | 739.00 SF | | 1.54 | 11.29 | 297.52 | 2,444.73 | 12,223.62 |

*labor rate set to SDG*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **89. R&R Attic vent - gable end - vinyl - Large** | 1.00 EA | | 27.19 | 195.62 | 7.05 | 57.47 | 287.33 |

*labor rate set to SDG*

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **90. R&R Metal Z flashing / drip cap** | 55.15 LF | | 1.92 | 3.83 | 2.45 | 79.89 | 399.45 |

---

## Featherfall

---

### CONTINUED - Left Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

*labor rate set to SDG*

Flashing to waterproof windows/doors/Wood Trim/ Porch - Deck - Stairs (PDS)
**\*Pre-existing on home**

Calculations:
**Windows:** 2.58+3.66+3.66 = **9.9 LF**
**Wood Trim**:  21+21+3.25 = **45. 25  LF**

**Required by Virginia 2021 building codes:**
 **VRC R703.4**    - Flashing
1. Exterior window and door openings
1.1. The fenestration manufacturer's installation and flashing instructions
4. Continuously above all projecting wood trim.
5. Where exterior porches, decks or stairs attach to a wall or floor assembly of wood-frame construction.
**VRC R703.4.1**   - Flashing installation at exterior window and door openings.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 91. Flashing - Sill flashing - moldable tape | 38.64 LF | | 0.00 | 12.88 | 6.35 | 126.01 | 630.04 |

*labor rate set to SDG*

To properly seal windows / doors entering into conditioned living space during siding R&R
See attached Tyvek housewrap installation instructions and diagrams.

\*See Manufacture's installation instructions\*
House wrap must be overlapped 6" to 12" around outside corner
House wrap must be installed directly over window and door openings,
then cut to expose unit, then taped along perimeter of openings.

\*Calculations per window / door\*
**Windows/Doors:** 14.66+14.66+9.32 = **38.64 LF**

**Required by Virginia 2021 building codes:**
 VEBC 601.4       - Energy Conservation - alterations to an existing residential building shall conform to
                        the Virginia Residential Code (VRC) as they relate to new construction
 VRC  N1101.11    - Installation – Follow manufacture instructions
 VRC  N1102.1     - General – Thermal envelope shall comply
 VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 92.  Caulking - silicone | 106.53 LF | | 0.00 | 4.63 | 2.11 | 123.83 | 619.17 |

## Featherfall

### CONTINUED - Left Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

*Pre-existing on home
*See attached photos*
*Caulking not included in siding R&R line item

Caulking necessary where siding meets window/door trim, inside corners, and masonry walls per manufacturer's installation guidelines.
*See attached manufacturer's installation instructions*

*Calculations*
**Windows/Doors:** 14.66+14.66+9.32 = **38.64 LF**
**Corner/Frieze Trim:** 11.08+8.83+8.83+3.08+3.08+5.25 = **40.15 LF**
**Masonry:** 14.58+13.16 = **27.74 LF**

**Required by Virginia 2021 building codes:**
VEBC 601.4     - Energy Conservation - alterations to an existing residential building shall conform to the Virginia Residential Code (VRC) as they relate to new construction
VRC  N1101.11   - Installation – Follow manufacture instructions
VRC  N1102.1    - General – Thermal envelope shall comply
VRC  NII02.4.1.1 - Building thermal envelope - #4 Space between window / door jambs shall be sealed

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **93. R&R Custom bent aluminum (PER LF) Corner Trim / Frieze Board / Misc** | **160.00 LF** | | 8.15 | 30.60 | 35.71 | 1,558.93 | 7,794.64 |

*labor rate set to SDG*

For custom bend aluminum on outside trim smooth faced from coil stock custom formed on sheet metal brake.
*See attached photos*

*Calculations*
**Corner Trim:** 110+20+30 = **160 LF**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **94. R&R Wrap wood window frame & trim with aluminum sheet - Small** | **3.00 EA** | | 93.02 | 191.90 | 8.13 | 215.73 | 1,078.62 |

*labor rate set to SDG*

### DETACH & RESET

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **95. Detach & Reset Clothes dryer vent cover** | **1.00 EA** | 54.78 | 0.00 | 0.00 | 0.00 | 13.70 | 68.48 |
| **96. Meter base and main disconnect - Detach & reset** | **1.00 EA** | | 0.00 | 477.93 | 0.00 | 119.48 | 597.41 |

Meter base is installed over existing siding and must be detached and reset to replace siding, insulation, and house wrap.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **97. Special Systems - Electrician - per hour** | **1.00 HR** | | 0.00 | 145.56 | 0.00 | 36.39 | 181.95 |

**Featherfall**

---

CONTINUED - Left Elevation

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| *labor rate set to SDG* | | | | | | | |
| D&R communication panel and wire runs for siding replacement. *see attached photos* | | | | | | | |
| 98. Exterior faucet / hose bibb - Detach & reset | 1.00 EA | | 0.00 | 105.51 | 0.00 | 26.38 | 131.89 |
| 99. Siding Installer - per hour | 0.50 HR | | 0.00 | 147.81 | 0.00 | 18.48 | 92.39 |
| *labor rate set to SDG* | | | | | | | |
| Additional labor to detach and reset hose reel *See attached photos* | | | | | | | |
| **ADDITIONAL & MISC** | | | | | | | |
| 100. Two ladders with jacks and plank (per day) | 1.00 DA | | 0.00 | 130.33 | 0.00 | 32.58 | 162.91 |
| 101. Pump jack system (per day) | 1.00 DA | | 0.00 | 116.25 | 0.00 | 29.07 | 145.32 |
| - Ladder jacks required for two story elevation access. | | | | | | | |
| 102. Siding Installer - per hour | 2.00 HR | | 0.00 | 147.81 | 0.00 | 73.90 | 369.52 |
| Additional labor for setup/take-down of ladder and jacks. Additional labor to complete repairs working from ladder and jacks | | | | | | | |
| 103. Solar Conduit Detach and Reset | 1.00 EA | | 0.00 | 760.00 | 0.00 | 190.00 | 950.00 |

**INSTALLATION NOTE:**
Siding installations require hammering nails into the wall studs to properly hang the siding.
This hammering causes unavoidable vibrations on every job, regardless of care.

These vibrations can cause unavoidable damage to drywall on the interior of the home because the vibrations may cause the interior drywall fasteners to work their way out of the studs as the studs vibrate from the installation

A contractor is not liable for these damages because they must hammer the siding into place properly and have no way to prevent the vibrations

This item will remain **OPEN** to be paid if additional damage occurs during installation

| 104. Drywall Repair | 1.00 EA | | | | | | **AS INCURRED** |

---

| Totals: Left Elevation | | | | | 417.85 | 5,772.74 | 28,863.53 |
|---|---|---|---|---|---|---|---|
| Total: Dwelling | | | | | **1,545.45** | **22,372.67** | **111,862.93** |

---

Featherfall

### Debris Removal and Misc

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **DISPOSAL** | | | | | | | |
| **105. Dumpster load - Approx. 20 yards, 4 tons of debris** | 1.00 EA | | 790.41 | 0.00 | 0.00 | 197.60 | 988.01 |
| All non-roofing debris | | | | | | | |
| **106. Material Only Material Only - Sheathing - plywood - 1/2" CDX** | 128.00 SF | | 0.00 | 1.07 | 8.22 | 36.29 | 181.47 |
| - Allowance for driveway protection sheathing boards; Four 4x8 sheets. - Material allowance only. | | | | | | | |
| **107. Material Only Material Only - Tarp - all-purpose poly -** | 1,000.00 SF | | 0.00 | 0.29 | 17.40 | 76.85 | 384.25 |
| - Tarp allowance for deck and yard protection to catch loose nails and debris - Material allowance only. | | | | | | | |
| **108. Final cleaning - construction - Residential** | 1,000.00 SF | | 0.00 | 0.93 | 0.00 | 232.50 | 1,162.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals: Debris Removal and Misc | | | | | 25.62 | 543.24 | 2,716.23 |

### General Fees

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **109. Taxes, insurance, permits & fees (Bid item)** | 1.00 EA | | | | | | AS INCURRED |
| Building permit fee(s) | | | | | | | |
| **110. Enginering Inspection** | 1.00 EA | | | | | | AS INCURRED |
| Necessary cost incurred to adequately document loss for coverage | | | | | | | |
| **111. Meteorologist Report** | 1.00 EA | | | | | | AS INCURRED |
| Required to support loss | | | | | | | |
| **112. Appraisal Fees** | 1.00 EA | | | | | | AS INCURRED |
| *Policy reimburses appraisal costs* | | | | | | | |
| **113. Public Adjuster Fees** | 1.00 EA | | | | | | AS INCURRED |
| Necessary cost incurred to adequately document loss for coverage | | | | | | | |
| **114. Interest** | 1.00 EA | | | | | | AS INCURRED |

### Featherfall

#### CONTINUED - General Fees

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Interest owed on unreleased funds not paid within policy timelines<br>Proof of loss submitted on: xx-xx-xxxx<br>Scope agreement on: xx-xx-xxxx | | | | | | | |
| Totals: General Fees | | | | | 0.00 | 0.00 | 0.00 |

#### Labor Minimums Applied

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 115. Temporary repair services labor minimum | 1.00 EA | | 0.00 | 179.28 | 0.00 | 44.82 | 224.10 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 44.82 | 224.10 |
| **Line Item Totals: HUSSAIN_RAHEEM** | | | | | **1,571.07** | **22,960.73** | **114,803.26** |

**Featherfall**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 90,271.46 |
| Material Sales Tax | 1,571.07 |
| Subtotal | 91,842.53 |
| Overhead | 13,776.39 |
| Profit | 9,184.34 |
| **Replacement Cost Value** | **$114,803.26** |
| Less Deductible | (1,000.00) |
| **Net Claim** | **$113,803.26** |

_____

Featherfall Estimating Team

**COVER SHEET FOR FILING CIVIL ACTIONS**
COMMONWEALTH OF VIRGINIA

Case No. _CL25 - 5786_
(CLERK'S OFFICE USE ONLY)

......................... Loudoun County ......................... Circuit Court

Featherfall Restoration, LLC            v./*In re:*    Travelers Personal Insurance Company
PLAINTIFF(S)                                          DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

### GENERAL CIVIL
**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [x] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

### ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

### DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

### WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

### PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

### MISCELLANEOUS
- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify)

[x] Damages in the amount of $ 114,803.26 ................... are claimed.

8/29/25
DATE

William H. McCarty, Jr., Esq.
PRINT NAME

9214 Center Street, Suite 101
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

Manassas, VA 20110

[ ] PLAINTIFF  [ ] DEFENDANT  [x] ATTORNEY FOR  [x] PLAINTIFF
                                                 [ ] DEFENDANT

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

FORM CC-1416 (MASTER) PAGE ONE 07/16

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG  VA  20178-0550
(703) 777-0270

Summons

To: TRAVELERS PERSONAL INSURANCE
COMPANY
CORPORATION SERVICE COMPANY
REGISTERED AGENT
100 SHOCKOE SLIP, 2ND FLOOR
RICHMOND VA 23219

Case No. 107CL25005786-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Wednesday, September 03, 2025

Clerk of Court: GARY M CLEMENS

by _____
(CLERK/DEPUTY CLERK )

Instructions:

Hearing Official:

Attorney's name:    MCCARTY, WILLIAM H; JR
703-368-9196
9214 CENTER STREET, STE 101
MANASSAS VA 20110

# COMMONWEALTH OF VIRGINIA



FILED

2025 SEP 15 P 12: 52

CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA

TESTE: _____ D.C.



LOUDOUN CIRCUIT COURT
Civil Division
18 E MARKET ST/PO BOX 550
LEESBURG  VA  20178-0550
(703) 777-0270

Proof of Service

Virginia:
   In the LOUDOUN CIRCUIT COURT

Case number: 107CL25005786-00
Service number: 001
Service filed: September 02, 2025

Served by: RICHMOND CITY                                         Judge:
Style of case: FEATHERFALL RESTORATION LLC vs TRAVELERS PERSONAL INSURANCE
Service on: TRAVELERS PERSONAL INSURANCE          Attorney: MCCARTY, WILLIAM H; JR
              COMPANY                                          703-368-9196
              CORPORATION SERVICE COMPANY                      9214 CENTER STREET, STE 101
              REGISTERED AGENT                                 MANASSAS VA 20110
              100 SHOCKOE SLIP, 2ND FLOOR
              RICHMOND VA 23219

   Instructions:

Returns shall be made hereon, showing service of Summons issued Wednesday, September 03, 2025 with a copy of the
Complaint filed Tuesday, September 02, 2025 attached.

Hearing date  :
Service issued:  Wednesday, September 03, 2025

_____

### For Sheriff Use Only

NAME:

NAME & ADDRESS
SAME AS FRONT

☑ PERSONAL SERVICE
Being unable to make personal service, a copy was
delivered in the following manner:

☐ Delivered to person found in charge of usual place of
business or employment during business hours and
giving information to its purport.

☐ Delivered to family member (not temporary sojourner
or guest) age 16 or older at usual place of abode of
party named above giving information of its purport.
List name, age of recipient and relation of recipient
to party name above.

☐ Posted on the front door or such other door as appears
to be the main entrance of usual place of abode, address
listed above. (Other authorized recipient not found.)

☐ Served on officer or managing employee who is not
an officer of the corporation.

☐ Exectd          ☐ Not Exectd
☑ Served on registered agent    ☐ Affidavit attached
☐ Not found
☐ NO EFFECTS FOUND

SEP 10 2025
DATE

DEPUTY SHERIFF
Dep E. Lee
FOR
Sheriff Antionette V. Irving

## CERTIFICATE
### OF
### CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1.    It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2.    (a)    It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

Beverley L. Crump    *Served:* Rene Nordquist
Dustin Kline    Sarah White
Katelyn VanBuren

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 22nd day of October 2024.

CORPORATION SERVICE COMPANY

By: _____
   Executive Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

   The foregoing instrument was acknowledged before me this 22nd day of October 2024, by George Massih

Notary Public

My Commission Expires: 5-18-2026

JANET B. WOZNICKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 05-18-2026

# SERVICE OF PROCESS

# SPECIAL INSTRUCTIONS TO CLERK

Case No. _CL 25- 5786_

✓    **FORWARD** to the Sheriff of Richmond City _____ County.

Please note:  You must submit TWO copies of each document to be served <u>per individual.</u>

Names of persons to be served:  Travelers Personal Insurance Company

Corporation Service Company, R/A

100 Shockoe Slip, 2nd Floor, Richmond, VA  23219

_____  **DO NOT** prepare service at this time

_____  **CALL** when service is ready at Phone Number _____

_____  **MAIL** document back in the self-addressed, stamped envelope provided

_____  **PLACE** service in Attorney Box Number _____

_____  **OTHER:** _____

_____

_____

Signature

_8/29/25_
Date